**Fill in this information to identify the case:**

Debtor name **QUIGG Builders, Inc.**

United States Bankruptcy Court for the: CENTRAL DISTRICT OF CALIFORNIA

Case number (if known) **2:16-bk-25786-ER**

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■ *Schedule H: Codebtors* (Official Form 206H)

■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule*

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **December 19, 2016**      X */s/ Robert Quigg*
                                       Signature of individual signing on behalf of debtor

                                       **Robert Quigg**
                                       Printed name

                                       **PRESIDENT**
                                       Position or relationship to debtor

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **Ardan Properties, Inc.**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)    **2:16-bk-25787-ER**

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals    12/15

Part 1:    **Summary of Assets**

1.    ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*..................................................................................................    $ _____ 0.00

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*..............................................................................................    $ _____ 64,376.68

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*................................................................................................    $ _____ 64,376.68

Part 2:    **Summary of Liabilities**

2.    ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................    $ _____ 0.00

3.    ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*...........................................................    $ _____ 0.00

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................    +$ _____ 524,588.74

4.    Total liabilities ...................................................................................................
    Lines 2 + 3a + 3b    $ _____ 524,588.74

**Fill in this information to identify the case:**

Debtor name **QUIGG Builders, Inc.**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known) **2:16-bk-25786-ER**

☐ Check if this is an amended filing

## Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No.  Go to Part 2.
   ■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
| --- | --- | --- | --- |

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- | --- |
| 3.1. | **Bank of California** | **Checking** | 2850 | $144.41 |
| 3.2. | **Union Bank** | **Checking** | 3548 | $1,291.86 |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

   | $1,436.27 |
   | --- |

| Part 2: | Deposits and Prepayments |
| --- | --- |

6. **Does the debtor have any deposits or prepayments?**

   ■ No.  Go to Part 3.
   ☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
| --- | --- |

10. **Does the debtor have any accounts receivable?**

   ☐ No.  Go to Part 4.
   ■ Yes Fill in the information below.

11. **Accounts receivable**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **QUIGG Builders, Inc.** | Case number *(if known)* **2:16-bk-25786-ER** |
|--------|--------------------------|-----------------------------------------------|
| | Name | |

| 11a. 90 days old or less: | **1,227,043.30** | - | **613,521.65** | = .... | **$613,521.65** |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| 11a. 90 days old or less: | **3,072,089.20** | - | **1,536,044.60** | = .... | **$1,536,044.60** |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| 12. | **Total of Part 3.** | **$2,149,566.25** |
|-----|----------------------|-------------------|
| | Current value on lines 11a + 11b = line 12.  Copy the total to line 82. | |

## Part 4:    Investments

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

## Part 5:    Inventory, excluding agriculture assets

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

## Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

## Part 7:    Office furniture, fixtures, and equipment; and collectibles

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---------------------|------------------------------------------------------|-----------------------------------------|-------------------------------------|
| 39. | **Office furniture** <br> **Office furniture** | **$0.00** | **Comparable sale** | **$10,150.01** |
| 40. | **Office fixtures** | | | |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software** <br> **Telephone equipment** | **$0.00** | **Comparable sale** | **$3,134.51** |
| | **Computer equipment** | **$0.00** | **Comparable sale** | **$12,565.34** |
| | **Computer - other** | **$0.00** | **Comparable sale** | **$2,054.98** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor    **QUIGG Builders, Inc.**
Name

Case number *(If known)* **2:16-bk-25786-ER**

42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**
Add lines 39 through 42. Copy the total to line 86.

| |
|---|
| $27,904.84 |

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 8: | **Machinery, equipment, and vehicles** |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No. Go to Part 9.
☐ Yes Fill in the information below.

| Part 9: | **Real property** |
|---|---|

54. **Does the debtor own or lease any real property?**

■ No. Go to Part 10.
☐ Yes Fill in the information below.

| Part 10: | **Intangibles and intellectual property** |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

■ No. Go to Part 11.
☐ Yes Fill in the information below.

| Part 11: | **All other assets** |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.
■ Yes Fill in the information below.

| | Current value of debtor's interest |
|---|---|

71. **Notes receivable**
Description (include name of obligor)

72. **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

73. **Interests in insurance policies or annuities**

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    **QUIGG Builders, Inc.**
Name

Case number *(If known)*  **2:16-bk-25786-ER**

**Quigg Builders Inc. et al v. Possee Furniture, et al, Case No. BC621742; Superior Court of California, County of Los Angeles, Central District; Barry McNaughton, Ervin Cohen & Jessup, LLP**
**Pending (Demand approximately $310,000)**

**Unknown**

| Nature of claim | Breach of contract re subcontractor agreement |
|---|---|
| Amount requested | $310,000.00 |

75.  **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76.  **Trusts, equitable or future interests in property**

77.  **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78.  **Total of Part 11.**

    Add lines 71 through 77. Copy the total to line 90.

**$0.00**

79.  **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

■ No
☐ Yes

| Debtor | **QUIGG Builders, Inc.** | Case number *(If known)* **2:16-bk-25786-ER** |
|---|---|---|
| | Name | |

**Part 12:**    **Summary**

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $1,436.27 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $2,149,566.25 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $27,904.84 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*.......................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $2,178,907.36 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $2,178,907.36 |

**Fill in this information to identify the case:**

Debtor name    **QUIGG Builders, Inc.**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)    **2:16-bk-25786-ER**

☐ Check if this is an
   amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property    **12/15**

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

   ■ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

   ☐ Yes. Fill in all of the information below.

**Fill in this information to identify the case:**

Debtor name     **QUIGG Builders, Inc.**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)    **2:16-bk-25786-ER**

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                      12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:**    **List All Creditors with PRIORITY Unsecured Claims**

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

■ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|   |   | | **Total claim** | **Priority amount** |
|---|---|---|---|---|

| 2.1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Franchise Tax Board**
**Bankruptcy Section, MS:  A-340**
**P.O. Box 2952**
**Sacramento, CA 95812-2952**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**State taxes, if any**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

| 2.2 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Internal Revenue Service**
**Centralized Insolvency Operations**
**P.O. Box 7346**
**Philadelphia, PA 19101-7346**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Federal taxes, if any**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

**Part 2:**    **List All Creditors with NONPRIORITY Unsecured Claims**

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
out and attach the Additional Page of Part 2.

**Amount of claim**

| Debtor | **QUIGG Builders, Inc.** | Case number (if known) | **2:16-bk-25786-ER** |
|---|---|---|---|
| | Name | | |

---

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,451.48 |
|---|---|---|---|

**1 Touch Office Technology**
**370 Amapola Lane**
**Torrance, CA 90501**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Trade claim__

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,065.00 |
|---|---|---|---|

**A.S General Contractors Inc**
**14454 Carlsbad St**
**Sylmar, CA 91342**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Trade claim__

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,250.00 |
|---|---|---|---|

**Acosta Stone**
**10111 E Ave S**
**Littlerock, CA 93543**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Trade claim__

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $105,522.33 |
|---|---|---|---|

**Allied Roofing & Waterproofing**
**1514 10th Street**
**Santa Monica, CA 90401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Trade claim__

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $235,613.39 |
|---|---|---|---|

**American Express**
**PO Box 981535**
**El Paso, TX 80009-1535**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Credit card__

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $19,047.91 |
|---|---|---|---|

**Andy Gump**
**Attn:  Meledy Bryant**
**26954 Ruether Ave**
**Santa Clarita, CA 91351**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Trade claim__

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $46.35 |
|---|---|---|---|

**Andy Gump**
**Attn:  Meledy Bryant**
**26954 Ruether Ave**
**Santa Clarita, CA 91351**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Trade claim__

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| Debtor | **QUIGG Builders, Inc.** | | Case number (if known) | **2:16-bk-25786-ER** |
|---|---|---|---|---|
| | Name | | | |

| 3.8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$11,340.89** |
|---|---|---|---|
| | ARC Document Solutions<br>Attn: Leticia Torres<br>345 Clinton St<br>Costa Mesa, CA 92626 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __Trade claim__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$4,272.40** |
|---|---|---|---|
| | ARDAN Properties Inc<br>Attn: Robert Quigg<br>10100 Santa Monica Blvd<br>Suite 110<br>Los Angeles, CA 90067 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __Loan__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.10 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,168.48** |
|---|---|---|---|
| | Aztec Leasing<br>2215 Vista Rodeo Dr<br>El Cajon, CA 92019 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __Trade claim__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.11 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$68,159.09** |
|---|---|---|---|
| | B&R Construction<br>Attn: Jessica Kienzl<br>5350 Venice Blvd, 1st Floor<br>Los Angeles, CA 90019 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __Trade claim__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.12 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,218.25** |
|---|---|---|---|
| | Bank of America<br>PO Box 45224<br>Jacksonville, FL 32232 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __Misc. charges__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.13 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,900.00** |
|---|---|---|---|
| | Big K Concrete Coring & Cutting<br>PO Box 1133<br>Sunland, CA 91041 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __Trade claim__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.14 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,140.72** |
|---|---|---|---|
| | BMC/Stock<br>Attn: Jim Kennedy<br>3250 North San Fernando Rd<br>Los Angeles, CA 90065 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __Trade claim__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **QUIGG Builders, Inc.** | Case number (if known) | **2:16-bk-25786-ER** |
|---|---|---|---|
| | Name | | |

| 3.15 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5,140.00** |
|---|---|---|---|

**Brighten Sheet Metal**
**Attn:  Marc Fleming**
**1560-1 Newbury Rd, #286**
**Newbury Park, CA 91320**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade claim__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.16 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,295.25** |
|---|---|---|---|

**CalWest (LC Engineering)**
**Attn:  Eileen Pedone**
**889 Pierce Court, Suite 101**
**Thousand Oaks, CA 91360**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade claim__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.17 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,487,394.93** |
|---|---|---|---|

**Century City Ventures Inc**
**Attn:  Robert Quigg**
**10100 Santa Monica Blvd, Suite 110**
**Los Angeles, CA 90067**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Loan__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.18 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5,507.00** |
|---|---|---|---|

**Certified Tile**
**Attn:  Ilan Messika**
**7769 Lemona Avenue**
**Van Nuys, CA 91405**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade claim__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.19 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,000.00** |
|---|---|---|---|

**Chris Monteloongo**
**4817 Paseo De las Tortugas**
**Torrance, CA 90505**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade claim__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.20 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$50,000.00** |
|---|---|---|---|

**Christoper Peacock**
**Harbor Ave, Unit 113**
**Design Center East**
**Chelsea Harbor Design Center**
**London, UK SW10 0XE**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade claim__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.21 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$25.00** |
|---|---|---|---|

**City of West Hollywood**
**PO Box 51848**
**Los Angeles, CA 90051**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **QUIGG Builders, Inc.** | Case number (if known) | **2:16-bk-25786-ER** |
|---|---|---|---|
| | Name | | |

| 3.22 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,500.00** |
|---|---|---|---|

**City Wall**
**Attn:  Roxane**
**7528 Haskell Avenue**
**Van Nuys, CA 91406**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade claim**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No   ☐ Yes

---

| 3.23 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,597.50** |
|---|---|---|---|

**Clemons Land Surveying**
**3525 Old Conejo Road, Suite 108**
**Newbury Park, CA 91320**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade claim**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No   ☐ Yes

---

| 3.24 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,275.00** |
|---|---|---|---|

**Coast Fireplace**
**Attn:  Stephanie**
**16659 Gramercy Place**
**Gardena, CA 90247**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade claim**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No   ☐ Yes

---

| 3.25 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$432,640.00** |
|---|---|---|---|

**Cook Development Company**
**706 Greenbriar Ave**
**Simi Valley, CA 93065**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade claim**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No   ☐ Yes

---

| 3.26 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,450.00** |
|---|---|---|---|

**Creative Finishes**
**Attn:  Peter Violas**
**25831 Hammet Circle**
**Stevenson Ranch, CA 91381**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade claim**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No   ☐ Yes

---

| 3.27 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,148.93** |
|---|---|---|---|

**Crest Real Estate**
**11150 W. Olympic Blvd, Suite 700**
**Los Angeles, CA 90064**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade claim**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No   ☐ Yes

---

| 3.28 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$22,305.00** |
|---|---|---|---|

**Crystal Clear Glass Inc**
**Attn:  Valeria Aguiler**
**18135 Napa St.**
**Northridge, CA 91325**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade claim**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No   ☐ Yes

| Debtor | **QUIGG Builders, Inc.** | Case number *(if known)* | **2:16-bk-25786-ER** |
|---|---|---|---|
| | Name | | |

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$775.00** |
|---|---|---|---|

**Custom Installers**
**PO Box 8479**
**Northridge, CA 91327**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Trade claim__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,294.01** |
|---|---|---|---|

**Daniel Jason Cordova**
**820 N Kilkea Dr**
**Los Angeles, CA 90046**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Trade claim__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$9,000.00** |
|---|---|---|---|

**Danmar Steel**
**13581 Desmond St**
**Pacoima, CA 91331**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Trade claim__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$31.35** |
|---|---|---|---|

**Deliver LA**
**10801 National Blvd, Suite 104**
**Los Angeles, CA 90064**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Trade claim__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$24,937.10** |
|---|---|---|---|

**Doman Pools**
**Attn:  Crystal**
**887 Patriot Dr. Unit F**
**Moorpark, CA 93021**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Trade claim__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$12,735.00** |
|---|---|---|---|

**Eagle Painting Inc**
**Attn:  Rony Soberanis**
**9901 San Fernando Rd Suite #38**
**Pacoima, CA 91331**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Trade claim__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,500.00** |
|---|---|---|---|

**EFI Global**
**2877 Momentum Place**
**Chicago, CA 60689**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Trade claim__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | **QUIGG Builders, Inc.** | | Case number (if known) | **2:16-bk-25786-ER** |
|---|---|---|---|---|
| | Name | | | |

| 3.36 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$10,492.14** |
|---|---|---|---|
| | **Feffer Geological** | ☐ Contingent | |
| | **Attn: Lorraine Parks** | ☐ Unliquidated | |
| | **1990 S. Bundy Drive, Suite 400** | ☐ Disputed | |
| | **Los Angeles, CA 90025** | | |
| | Date(s) debt was incurred _ | Basis for the claim:  __Trade claim__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.37 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$20,331.60** |
|---|---|---|---|
| | **Frank H. Roll-off** | ☐ Contingent | |
| | **409 S. Bonnie Beach Pl** | ☐ Unliquidated | |
| | **Los Angeles, CA 90063** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  __Trade claim__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.38 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,500.00** |
|---|---|---|---|
| | **Freds Inspections** | ☐ Contingent | |
| | **PO Box 11923** | ☐ Unliquidated | |
| | **Marina Del Rey, CA 90295** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  __Trade claim__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.39 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,370.00** |
|---|---|---|---|
| | **Glendale Iron** | ☐ Contingent | |
| | **Attn: Cathy Gurwell** | ☐ Unliquidated | |
| | **4208 Chevy Chase Drive** | ☐ Disputed | |
| | **Los Angeles, CA 90039-1225** | | |
| | Date(s) debt was incurred _ | Basis for the claim:  __Trade claim__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.40 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$391,641.00** |
|---|---|---|---|
| | **Grandmaison Construction** | ☐ Contingent | |
| | **Attn: Evelyn Escoto** | ☐ Unliquidated | |
| | **16335 Sultus St** | ☐ Disputed | |
| | **Santa Clarita, CA 91387** | | |
| | Date(s) debt was incurred _ | Basis for the claim:  __Trade claim__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.41 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$64,091.92** |
|---|---|---|---|
| | **JH Plumbing** | ☐ Contingent | |
| | **6859 Valjean Ave, Suite 4** | ☐ Unliquidated | |
| | **Van Nuys, CA 91352** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  __Trade claim__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.42 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,840.00** |
|---|---|---|---|
| | **JMI Steel** | ☐ Contingent | |
| | **Attn: Terisa** | ☐ Unliquidated | |
| | **8983 San Fernando Rd** | ☐ Disputed | |
| | **Sun Valley, CA 91352** | | |
| | Date(s) debt was incurred _ | Basis for the claim:  __Trade claim__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **QUIGG Builders, Inc.** | Case number *(if known)* | **2:16-bk-25786-ER** |
|---|---|---|---|
| | Name | | |

---

| 3.43 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,850.00** |

**JMX Electric Gates**
Attn:  Juan Galindo
10551 Crockett St
Sun Valley, CA 91352

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade claim**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.44 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,668.00** |

**Jonathan Jackson Company**
Attn:  Rich Jackson
2681 Dow Avenue Suite C-1
Tustin, CA 92780

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade claim**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.45 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,902.00** |

**JSA Engineering**
Attn:  John Solimon
13785 Pelican Dr
Rancho Cucamonga, CA 91739

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade claim**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.46 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,095.00** |

**Juan Sandoval**
911 Moutain View Ave
Oxnard, CA 93030

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade claim**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.47 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$280.00** |

**JW Hansen**
1642 NO. McCulloch
Lake Havasu City, CA 86403

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade claim**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.48 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$9,580.50** |

**Lane Plumbing**
Attn:  Kimberly Henderson
7121 Samoa Place
Tujunga, CA 91042

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade claim**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.49 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$109,980.61** |

**Latham & Watkins**
10250 Constellation Blvd
Suite 1100
Los Angeles, CA 90067

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Legal fees and costs**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **QUIGG Builders, Inc.** | | Case number *(if known)* | **2:16-bk-25786-ER** |
| --- | --- | --- | --- | --- |
| | Name | | | |

---

| 3.50 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$17,262.75** |
| --- | --- | --- | --- |

**LC Engineering**
**Attn:  Eileen Pedone**
**889 Pierce Court, Suite 101**
**Thousand Oaks, CA 91360**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** **Trade claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.51 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,270.00** |
| --- | --- | --- | --- |

**LC Pools**
**Attn:  Kim Tipre**
**3411 Clarendon Place**
**Thousand Oaks, CA 91360**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** **Trade claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.52 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$9,062.00** |
| --- | --- | --- | --- |

**Legacy Cellars**
**Attn:  Ron Barillas**
**37925 6TH Street East, #402**
**Palmdale, CA 93550**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** **Trade claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.53 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$675.00** |
| --- | --- | --- | --- |

**Luis Zuniga**
**1930 City Ave**
**Los Angeles, CA 90033**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** **Trade claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.54 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$314.25** |
| --- | --- | --- | --- |

**Lynberg & Watkins**
**Attn:  Daisy Beach**
**1150 S.Olive Street**
**Eighteenth Floor**
**Los Angeles, CA 90015**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** **Trade claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.55 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$9,080.69** |
| --- | --- | --- | --- |

**Majestic Wood Works**
**PO Box 1400**
**Downey, CA 90240**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** **Trade claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.56 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$16,626.74** |
| --- | --- | --- | --- |

**Marsh USA Inc.**
**Attn:  Steven Nelson**
**PO Box 846112**
**Dallas, TX 75284**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** **Insurance premiums**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **QUIGG Builders, Inc.** | Case number (if known) | **2:16-bk-25786-ER** |
|---|---|---|---|
| | Name | | |

---

**3.57**

**Nonpriority creditor's name and mailing address**

**Marsh USA Inc.  (Credit)**
**Attn:  Steven Nelson**
**PO Box 846112**
**Dallas, TX 75284**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Insurance premiums**

Is the claim subject to offset? ☒ No ☐ Yes

**$1,527.00**

---

**3.58**

**Nonpriority creditor's name and mailing address**

**Memo's Scaffolding**
**Attn:  Yolanda Rodriguez**
**12722 Carmenita Road**
**Santa FE Springs, CA 90670**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade claim**

Is the claim subject to offset? ☒ No ☐ Yes

**$720.00**

---

**3.59**

**Nonpriority creditor's name and mailing address**

**Met Tech Shower Enclosures**
**Attn:  Sheila**
**13160 Saticoy St.**
**North Hollywood, CA 91605**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade claim**

Is the claim subject to offset? ☒ No ☐ Yes

**$16,256.26**

---

**3.60**

**Nonpriority creditor's name and mailing address**

**Mintz**
**Attn:  Faith Mintz**
**9615 Baden Ave.**
**Chatsworth, CA 91311**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade claim**

Is the claim subject to offset? ☒ No ☐ Yes

**$36,820.60**

---

**3.61**

**Nonpriority creditor's name and mailing address**

**ModSpace**
**1200 Swedesford Rd**
**Berwyn, CA 19312**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade claim**

Is the claim subject to offset? ☒ No ☐ Yes

**$2,044.95**

---

**3.62**

**Nonpriority creditor's name and mailing address**

**Mulligan's Painters**
**Attn:  Geoffrey Payne**
**11520 Jefferson Blvd. #228**
**Culver City, CA 90230**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade claim**

Is the claim subject to offset? ☒ No ☐ Yes

**$77,317.00**

---

**3.63**

**Nonpriority creditor's name and mailing address**

**Murphy O'Brien**
**11444 Olympic Blvd, Suite 600**
**Los Angeles, CA 90064**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade claim**

Is the claim subject to offset? ☒ No ☐ Yes

**$455.27**

---

| Debtor | QUIGG Builders, Inc. | Case number (if known) | 2:16-bk-25786-ER |
|---|---|---|---|
| | Name | | |

---

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15,100.00 |
|---|---|---|---|

**New Century Iron Artisans**
Attn: Jasmine Vargas
9075 Glenoaks Blvd.
Sun Valley, CA 91352

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade claim__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,665.60 |
|---|---|---|---|

**OJ Insulation**
Attn: Irma Baldon
600 South Vicent Avenue
Azisa, CA 91702

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade claim__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,475.00 |
|---|---|---|---|

**Old World Precast Inc.**
Attn: Edgardo
2977 Allesandro Street
Los Angeles, CA 90039

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade claim__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,213.75 |
|---|---|---|---|

**Paul Sangha**
125 E. 4th Avenue
Vancouver, BC V5Y 1G4

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade claim__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $52,244.00 |
|---|---|---|---|

**Payne Company**
226 S. Lucerne Blvd
Los Angeles, CA 90004

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade claim__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,179.75 |
|---|---|---|---|

**Peak Surveys, Inc.**
2488 Townsgate Rd, Suite D
Westlake Village, CA 91361

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade claim__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $287.40 |
|---|---|---|---|

**PeopleReady**
PO BOX 31001-0257
Pasadena, CA 91110-0257

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade claim__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **QUIGG Builders, Inc.** | Case number (if known) | **2:16-bk-25786-ER** |
|---|---|---|---|
| | Name | | |

---

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$86,145.00** |
|---|---|---|---|

**PES**
**435 N. Oxford Ave, #18**
**Los Angeles, CA 90004**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  __Trade claim__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$178,497.65** |
|---|---|---|---|

**Pierre Landscape**
**5455 2nd Street**
**Irwindale, CA 91706**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  __Trade claim__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$125.66** |
|---|---|---|---|

**Plaza Printers**
**10100 Santa Monica Blvd, Suite 140**
**Los Angeles, CA 90067**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  __Trade claim__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,460.00** |
|---|---|---|---|

**Plotke Red Lily**
**3121 W. Temple St**
**Los Angeles, CA 90026**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  __Trade claim__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$122,000.00** |
|---|---|---|---|

**Possee Furniture, Inc.**
**c/o Jamie Acherman, Esq.**
**140 Newport Center Dr.**
**Ste. 260**
**Newport Beach, CA 92660**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  __Furniture__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,056.00** |
|---|---|---|---|

**Pyramid Testing**
**23225 Mariposa Ave**
**Torrance, CA 90502**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  __Trade claim__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$150,000.00** |
|---|---|---|---|

**QUIGG Capital LLC**
**Attn:  Robert Quigg**
**10100 Santa Monica Blvd**
**Suite 110**
**Los Angeles, CA 90067**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  __Loan__

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | QUIGG Builders, Inc. | Case number *(if known)* | 2:16-bk-25786-ER |
|---|---|---|---|
| | Name | | |

---

**3.78**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$394,000.00** |
|---|---|---|
| **QUIGG Properties LLC**<br>**Attn:  Robert Quigg**<br>**10100 Santa Monica Blvd**<br>**Suite 110**<br>**Los Angeles, CA 90067** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  __Loan__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.79**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,500.00** |
|---|---|---|
| **R&C Tree Company**<br>**Attn:  Chris Ray**<br>**8335 Winnetka Ave. #457**<br>**Winnetka, CA 91306** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  __Trade claim__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.80**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,000.00** |
|---|---|---|
| **Ray Schuksta**<br>**10235 Mountair Ave, #2**<br>**Tujunga, CA 91042** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  __Trade claim__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.81**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,200.00** |
|---|---|---|
| **Restore a Floor**<br>**1171 S Robertson Blvd, Ste #407**<br>**Los Angeles, CA 90035** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  __Trade claim__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.82**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$99,259.87** |
|---|---|---|
| **Robert Quigg**<br>**10100 Santa Monica Blvd**<br>**Suite 110**<br>**Los Angeles, CA 90067** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  __Loan__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.83**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,387.00** |
|---|---|---|
| **RP Design**<br>**Attn:  Juli Pinkston**<br>**2828 Cochran Street #371**<br>**Simi Valley, CA 93065** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  __Trade claim__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.84**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$32,823.73** |
|---|---|---|
| **Sedgwick**<br>**2301 McGee Street, Suite 500**<br>**Kansas City, MO 64108** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  __Trade claim__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | **QUIGG Builders, Inc.** | Case number (if known) | **2:16-bk-25786-ER** |
|---|---|---|---|
| | Name | | |

---

**3.85**

**Nonpriority creditor's name and mailing address**

**Sentinel Environmental**
**Attn:  Tracy Bennett**
**2470 Stearns St #231**
**Simi Valley, CA 93063**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade claim__

Is the claim subject to offset? ■ No ☐ Yes

**$10,000.00**

---

**3.86**

**Nonpriority creditor's name and mailing address**

**Shilpark paint**
**1640 S. Vermont Ave.**
**Los Angeles, CA 90006**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade claim__

Is the claim subject to offset? ■ No ☐ Yes

**$530.76**

---

**3.87**

**Nonpriority creditor's name and mailing address**

**Shred-It**
**PO Box 101007**
**Pasadena, CA 91189**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade claim__

Is the claim subject to offset? ■ No ☐ Yes

**$230.69**

---

**3.88**

**Nonpriority creditor's name and mailing address**

**SoCal Gas**
**PO Box C**
**Monterey Park, CA 91756**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Utilities__

Is the claim subject to offset? ■ No ☐ Yes

**$223.00**

---

**3.89**

**Nonpriority creditor's name and mailing address**

**Southern Concrete Cutting**
**PO Box 341302**
**Arieta, CA 91331**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade claim__

Is the claim subject to offset? ■ No ☐ Yes

**$500.00**

---

**3.90**

**Nonpriority creditor's name and mailing address**

**Spectrum**
**PO Box 60074**
**City of Industry, CA 91716**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade claim__

Is the claim subject to offset? ■ No ☐ Yes

**$139.98**

---

**3.91**

**Nonpriority creditor's name and mailing address**

**Sunland Wood Products, Inc**
**Attn:  Jeff Bastedo**
**7442 Varna Ave**
**North Hollywood, CA 91605**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade claim__

Is the claim subject to offset? ■ No ☐ Yes

**$4,759.75**

---

| Debtor | QUIGG Builders, Inc. | Case number (if known) | 2:16-bk-25786-ER |
|---|---|---|---|
| | Name | | |

| 3.92 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,024.00 |
|---|---|---|---|

**Sunwest Clean-up**
14229 Don Julian Road
La Puente, CA 91746

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade claim**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.93 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $102,290.00 |
|---|---|---|---|

**Tim Greenleaf Engineering**
Attn:  Keli Prieto
18685 Main St. Ste. A-371
Huntington Beach, CA 92648

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade claim**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.94 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $74.78 |
|---|---|---|---|

**Time Warner**
PO Box 60074
City of Industry, CA 91716

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade claim**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.95 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,330.00 |
|---|---|---|---|

**Traction (in Canadian Dollars)**
160, 1020 Mainland Street
Vancouver, BC V6B2T5

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade claim**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.96 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $132,178.45 |
|---|---|---|---|

**Tri-County**
Attn:  Terri Jenkins
555 Sandy Circle
Oxnard, CA 93036

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade claim**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.97 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,054.12 |
|---|---|---|---|

**Truskett**
Attn:  Robert Truskett
23122 Conde Drive
Valencia, CA 91354

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade claim**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.98 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,571.35 |
|---|---|---|---|

**Vista Engineering**
401 Exposition Blvd
Los Angeles, CA 90018

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade claim**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| Debtor | QUIGG Builders, Inc. | Case number (if known) | 2:16-bk-25786-ER |
|---|---|---|---|
| | Name | | |

| 3.99 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $95,491.78 |
|---|---|---|---|

**Wayne Cast Concrete**
**PO Box 208**
**Acton, CA 93510**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade claim**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.100 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $580.00 |
|---|---|---|---|

**Young's Pool**
**Attn:  Bruce Joe**
**3171 W. Olympic blvd. PMB #168**
**Los Angeles, CA 90006**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade claim**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**Part 3:**    List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

---

**Part 4:**    Total Amounts of the Priority and Nonpriority Unsecured Claims

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. $ | 0.00 |
| 5b. Total claims from Part 2 | 5b. + $ | 5,905,401.71 |
| 5c. Total of Parts 1 and 2 Lines 5a + 5b = 5c. | 5c. $ | 5,905,401.71 |

---

| Fill in this information to identify the case: |
|---|

Debtor name **QUIGG Builders, Inc.**

United States Bankruptcy Court for the: CENTRAL DISTRICT OF CALIFORNIA

Case number (if known) **2:16-bk-25786-ER**

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                       12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal     Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1.   State what the contract or lease is for and the nature of the debtor's interest | **HVAC, Construction Contract** |
|   State the term remaining | |
|   List the contract number of any government contract | **A.S General Contractors** <br> **14454 Carlsbad St** <br> **Sylmar, CA 91342** |
| 2.2.   State what the contract or lease is for and the nature of the debtor's interest | **Stonework, Construction Contract** |
|   State the term remaining | |
|   List the contract number of any government contract | **Acosta Stone** <br> **10111 E Ave S** <br> **Littlerock, CA 93543** |
| 2.3.   State what the contract or lease is for and the nature of the debtor's interest | **Tile/Stone, Construction Contract** |
|   State the term remaining | |
|   List the contract number of any government contract | **Acosta Stone** <br> **10111 E Ave S** <br> **Littlerock, CA 93543** |
| 2.4.   State what the contract or lease is for and the nature of the debtor's interest | **Tile/Stone, Construction Contract** |
|   State the term remaining | |
|   List the contract number of any government contract | **Acosta Stone** <br> **10111 E Ave S** <br> **Littlerock, CA 93543** |

| Debtor 1 | **QUIGG Builders, Inc.** | | | Case number *(if known)* | **2:16-bk-25786-ER** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Waterproofing/Roof Tile/Sheet Metal, Construction Contract** | |
|---|---|---|---|
| | State the term remaining | | **Allied Roofing & Waterproofing** |
| | List the contract number of any government contract | | **1514 10th Street** **Santa Monica, CA 90401** |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Ardan Properties, Inc.** **10100 Santa Monica Blvd** |
| | List the contract number of any government contract | | **Suite 110** **Los Angeles, CA 90067** |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Services Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Ardan Properties, Inc.** **10100 Santa Monica Blvd** |
| | List the contract number of any government contract | | **Suite 110** **Los Angeles, CA 90067** |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **Cabinets, Construction Contract** | |
|---|---|---|---|
| | State the term remaining | | **B&R Construction** **5350 Venice Blvd** |
| | List the contract number of any government contract | | **1st Floor** **Los Angeles, CA 90019** |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **Cabinets, Construction Contract** | |
|---|---|---|---|
| | State the term remaining | | **B&R Construction** **5350 Venice Blvd** |
| | List the contract number of any government contract | | **1st Floor** **Los Angeles, CA 90019** |

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | **Sheet Metal, Construction Contract** | |
|---|---|---|---|
| | State the term remaining | | **Brighten Sheet Metal** **1560-1 Newbury Rd** |
| | List the contract number of any | | **#286** **Newbury Park, CA 91320** |

Debtor 1    **QUIGG Builders, Inc.**

First Name    Middle Name    Last Name

Case number *(if known)*    **2:16-bk-25786-ER**

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| | | |
|---|---|---|
| | government contract | |
| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | **Wine Cellar, Construction Contract** |
| | State the term remaining | **Castro HVAC** |
| | List the contract number of any government contract | **28947 Thousand Oaks Blvd Suite 207 Agoura Hills, CA 91301** |
| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | **Wine Cellar, Construction Contract** |
| | State the term remaining | **Castro HVAC** |
| | List the contract number of any government contract | **28947 Thousand Oaks Blvd Suite 207 Agoura Hills, CA 91301** |
| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | **Carpentry/Benches, Construction Contract** |
| | State the term remaining | **CDM Iron Works** |
| | List the contract number of any government contract | **2729 W Jefferson Blvd Los Angeles, CA 90018** |
| 2.14. | State what the contract or lease is for and the nature of the debtor's interest | **Labor & Equipment Agreement** |
| | State the term remaining | **Century City Ventures, Inc** |
| | List the contract number of any government contract | **10100 Santa Monica Blvd Suite 110 Los Angeles, CA 90067** |
| 2.15. | State what the contract or lease is for and the nature of the debtor's interest | **Management Services Agreement** |
| | State the term remaining | **Century City Ventures, Inc** |
| | List the contract number of any government contract | **10100 Santa Monica Blvd Suite 110 Los Angeles, CA 90067** |
| 2.16. | State what the contract or lease is for and the nature of the debtor's interest | **Tile, Construction Contract** | **Certified Tile 7769 Lemona Avenue Van Nuys, CA 91405** |

| Debtor 1 | **QUIGG Builders, Inc.** | | | Case number *(if known)* | **2:16-bk-25786-ER** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

State the term remaining

List the contract number of any
government contract

---

2.17.  State what the contract or
lease is for and the nature of
the debtor's interest

**Stucco, Construction
Contract**

State the term remaining

List the contract number of any
government contract

**Chris Montelongo
4817 Paseo De las Tortugas
Torrance, CA 90505**

---

2.18.  State what the contract or
lease is for and the nature of
the debtor's interest

**Millwork, Construction
Contract**

State the term remaining

List the contract number of any
government contract

**Christoper Peacock
Harbor Ave, Unit 113
Design Center East
Chelsea Harbor Design Center
London, UK SW10 0XE**

---

2.19.  State what the contract or
lease is for and the nature of
the debtor's interest

**Survey, Surveying
Contract**

State the term remaining

List the contract number of any
government contract

**Clemons Land Surveying
3525 Old Conejo Road
Suite 108
Newbury Park, CA 91320**

---

2.20.  State what the contract or
lease is for and the nature of
the debtor's interest

**Site Survey, Surveying
Contract**

State the term remaining

List the contract number of any
government contract

**Clemons Land Surveying
3525 Old Conejo Road
Suite 108
Newbury Park, CA 91320**

---

2.21.  State what the contract or
lease is for and the nature of
the debtor's interest

**Fireplace, Construction
Contract1**

State the term remaining

List the contract number of any
government contract

**Coast Fireplace
16659 Gramercy Place
Gardena, CA 90247**

---

| Debtor 1 | **QUIGG Builders, Inc.** | | | Case number *(if known)* | **2:16-bk-25786-ER** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |



## Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.22. | State what the contract or lease is for and the nature of the debtor's interest | **Fireplace, Construction Contract** | |
|---|---|---|---|
| | State the term remaining | | **Coast Fireplace** |
| | List the contract number of any government contract | | **16659 Gramercy Place** **Gardena, CA 90247** |

| 2.23. | State what the contract or lease is for and the nature of the debtor's interest | **Rough Carpentry, Construction Contract** | |
|---|---|---|---|
| | State the term remaining | | **Cook Development** |
| | List the contract number of any government contract | | **706 Greenbriar Ave** **Simi Valley, CA 93065** |

| 2.24. | State what the contract or lease is for and the nature of the debtor's interest | **Epoxy Flooring, Construction Contract** | |
|---|---|---|---|
| | State the term remaining | | **Creative Finishes** |
| | List the contract number of any government contract | | **25831 Hammet Circle** **Stevenson Ranch, CA 91381** |

| 2.25. | State what the contract or lease is for and the nature of the debtor's interest | **Epoxy Flooring, Construction Contract** | |
|---|---|---|---|
| | State the term remaining | | **Creative Finishes** |
| | List the contract number of any government contract | | **25831 Hammet Circle** **Stevenson Ranch, CA 91381** |

| 2.26. | State what the contract or lease is for and the nature of the debtor's interest | **AV/IT, Construction Contract** | |
|---|---|---|---|
| | State the term remaining | | **Creative Sound & Vision** |
| | List the contract number of any government contract | | **4335 Van Nuys Blvd #125** **Sherman Oaks, CA 91403** |

| 2.27. | State what the contract or lease is for and the nature of the debtor's interest | **Permits, Engineering Contract** | |
|---|---|---|---|
| | State the term remaining | | **Crest Real Estate** **11150 W. Olympic Blvd** **Suite 700** |
| | List the contract number of any | | **Los Angeles, CA 90064** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                Best Case Bankruptcy

Debtor 1   **QUIGG Builders, Inc.**

First Name          Middle Name          Last Name

Case number *(if known)*   **2:16-bk-25786-ER**

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.28. | State what the contract or lease is for and the nature of the debtor's interest | **Permits, Engineering Contract** | |
|---|---|---|---|
| | State the term remaining | | **Crest Real Estate** |
| | List the contract number of any government contract | | **11150 W. Olympic Blvd Suite 700 Los Angeles, CA 90064** |

| 2.29. | State what the contract or lease is for and the nature of the debtor's interest | **Permits, Engineering Contract** | |
|---|---|---|---|
| | State the term remaining | | **Crest Real Estate** |
| | List the contract number of any government contract | | **11150 W. Olympic Blvd Suite 700 Los Angeles, CA 90064** |

| 2.30. | State what the contract or lease is for and the nature of the debtor's interest | **Permits, Engineering Contract** | |
|---|---|---|---|
| | State the term remaining | | **Crest Real Estate** |
| | List the contract number of any government contract | | **11150 W. Olympic Blvd Suite 700 Los Angeles, CA 90064** |

| 2.31. | State what the contract or lease is for and the nature of the debtor's interest | **Architectural Glass, Construction Contract** | |
|---|---|---|---|
| | State the term remaining | | **Crystal Clear Glass Inc** |
| | List the contract number of any government contract | | **18135 Napa St. Northridge, CA 91325** |

| 2.32. | State what the contract or lease is for and the nature of the debtor's interest | **Architectural Glass, Construction Contract** | |
|---|---|---|---|
| | State the term remaining | | **Crystal Clear Glass Inc** |
| | List the contract number of any government contract | | **18135 Napa St. Northridge, CA 91325** |

| 2.33. | State what the contract or lease is for and the nature of the debtor's interest | **Structural Steel, Construction Contract** | **Danmar Steel 13581 Desmond St Pacoima, CA 91331** |
|---|---|---|---|

Debtor 1    **QUIGG Builders, Inc.**
First Name            Middle Name            Last Name

Case number *(if known)*    **2:16-bk-25786-ER**

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| State the term remaining | |
| List the contract number of any government contract | |

| 2.34. | State what the contract or lease is for and the nature of the debtor's interest | **Structural Steel, Construction Contract** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Danmar Steel**<br>**13581 Desmond St**<br>**Pacoima, CA 91331** |

| 2.35. | State what the contract or lease is for and the nature of the debtor's interest | **Carpet, Construction Contract** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Decorative Carpets**<br>**8900 Melrose Ave**<br>**West Hollywood, CA 90069** |

| 2.36. | State what the contract or lease is for and the nature of the debtor's interest | **Shower Pans, Construction Contract** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **DK Shower Pans**<br>**25108-A-12 Marguerite Parkway**<br>**Mission Viejo, CA 92692** |

| 2.37. | State what the contract or lease is for and the nature of the debtor's interest | **Shower Pans, Construction Contract** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **DK Shower Pans**<br>**25108-A-12 Marguerite Parkway**<br>**Mission Viejo, CA 92692** |

| 2.38. | State what the contract or lease is for and the nature of the debtor's interest | **Pool, Construction Contract** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Doman Pools**<br>**887 Patriot Dr. Unit F**<br>**Moorpark, CA 93021** |

Debtor 1   **QUIGG Builders, Inc.**
   First Name       Middle Name       Last Name

Case number *(if known)*   **2:16-bk-25786-ER**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.39.** State what the contract or lease is for and the nature of the debtor's interest — **Pool, Construction Contract**

State the term remaining

List the contract number of any government contract

**Doman Pools**
**887 Patriot Dr. Unit F**
**Moorpark, CA 93021**

---

**2.40.** State what the contract or lease is for and the nature of the debtor's interest — **Dry wall, Construction Contract**

State the term remaining

List the contract number of any government contract

**Eagle Painting Inc**
**9901 San Fernando Rd Suite #38**
**Pacoima, CA 91331**

---

**2.41.** State what the contract or lease is for and the nature of the debtor's interest — **Methane Testing, Engineering Contract**

State the term remaining

List the contract number of any government contract

**EFI Global**
**2877 Momentum Place**
**Chicago, IL 60689**

---

**2.42.** State what the contract or lease is for and the nature of the debtor's interest — **Strucutral Engineer, Engineering Contract**

State the term remaining

List the contract number of any government contract

**ESI/FME, Inc.**
**1800 E. 16th St**
**Unit B**
**Santa Ana, CA 92701**

---

**2.43.** State what the contract or lease is for and the nature of the debtor's interest — **Backfill/Compaction/Light Well, Construction Contract**

State the term remaining

List the contract number of any government contract

**F&R Contracting**
**14367 Aztec Street**
**Sylmar, CA 91342**

---

**2.44.** State what the contract or lease is for and the nature of the debtor's interest — **Geotechnical, Engineering Contract**

State the term remaining

List the contract number of any

**Feffer Geological**
**1990 S. Bundy Drive**
**Suite 400**
**Los Angeles, CA 90025**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

Debtor 1    **QUIGG Builders, Inc.**

First Name          Middle Name          Last Name

Case number *(if known)*    **2:16-bk-25786-ER**

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| | | |
|---|---|---|
| 2.45. | State what the contract or lease is for and the nature of the debtor's interest | **Geotechnical, Engineering Contract** |
| | State the term remaining | **Feffer Geological** |
| | List the contract number of any government contract | **1990 S. Bundy Drive** **Suite 400** **Los Angeles, CA 90025** |
| 2.46. | State what the contract or lease is for and the nature of the debtor's interest | **Geotechnical, Engineering Contract** |
| | State the term remaining | **Feffer Geological** |
| | List the contract number of any government contract | **1990 S. Bundy Drive** **Suite 400** **Los Angeles, CA 90025** |
| 2.47. | State what the contract or lease is for and the nature of the debtor's interest | **Waterproofing, Construction Contract** |
| | State the term remaining | **Gergen Construction** |
| | List the contract number of any government contract | **13861 N Newhope St** **Garden Grove, CA 92843** |
| 2.48. | State what the contract or lease is for and the nature of the debtor's interest | **Wrought Iron, Construction Contract** |
| | State the term remaining | **Glendale Iron** |
| | List the contract number of any government contract | **4208 Chevy Chase Drive** **Los Angeles, CA 90039-1225** |
| 2.49. | State what the contract or lease is for and the nature of the debtor's interest | **Concrete Slab, Construction Contract** |
| | State the term remaining | **Grandmaison Construction** |
| | List the contract number of any government contract | **16335 Sultus St** **Santa Clarita, CA 91387** |
| 2.50. | State what the contract or lease is for and the nature of the debtor's interest | **Structural Concrete, Construction Contract** | **Grandmaison Construction** **16335 Sultus St** **Santa Clarita, CA 91387** |

12/19/16 11:11PM

Debtor 1    **QUIGG Builders, Inc.**

First Name    Middle Name    Last Name

Case number *(if known)*    **2:16-bk-25786-ER**

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  | State the term remaining | |
|---|---|---|
|  | List the contract number of any government contract | |

| 2.51. | State what the contract or lease is for and the nature of the debtor's interest | **Structural Concrete, Construction Contract** |
|---|---|---|
|  | State the term remaining | |
|  | List the contract number of any government contract | **Grandmaison Construction**<br>**16335 Sultus St**<br>**Santa Clarita, CA 91387** |

| 2.52. | State what the contract or lease is for and the nature of the debtor's interest | **Dry wall, Construction Contract** |
|---|---|---|
|  | State the term remaining | |
|  | List the contract number of any government contract | **JC Drywall**<br>**11921 Beatrice Street**<br>**Culver City, CA 90230** |

| 2.53. | State what the contract or lease is for and the nature of the debtor's interest | **Piping, Construction Contract** |
|---|---|---|
|  | State the term remaining | |
|  | List the contract number of any government contract | **JH Plumbing**<br>**6859 Valjean Ave**<br>**Suite 4**<br>**Van Nuys, CA 91406** |

| 2.54. | State what the contract or lease is for and the nature of the debtor's interest | **Piping, Construction Contract** |
|---|---|---|
|  | State the term remaining | |
|  | List the contract number of any government contract | **JH Plumbing**<br>**6859 Valjean Ave**<br>**Suite 4**<br>**Van Nuys, CA 91406** |

| 2.55. | State what the contract or lease is for and the nature of the debtor's interest | **Piping, Construction Contract** |
|---|---|---|
|  | State the term remaining | |
|  | List the contract number of any government contract | **JH Plumbing**<br>**6859 Valjean Ave**<br>**Suite 4**<br>**Van Nuys, CA 91406** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1    **QUIGG Builders, Inc.**

First Name    Middle Name    Last Name

Case number *(if known)*    **2:16-bk-25786-ER**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.56. | State what the contract or lease is for and the nature of the debtor's interest | **Structural Steel, Construction Contract** |
|---|---|---|
| | State the term remaining | **JMI Steel** |
| | List the contract number of any government contract | **8983 San Fernando Rd Sun Valley, CA 91352** |

| 2.57. | State what the contract or lease is for and the nature of the debtor's interest | **Steel, Construction Contract** |
|---|---|---|
| | State the term remaining | **JMI Steel** |
| | List the contract number of any government contract | **8983 San Fernando Rd Sun Valley, CA 91352** |

| 2.58. | State what the contract or lease is for and the nature of the debtor's interest | **Garage Door, Construction Contract** |
|---|---|---|
| | State the term remaining | **JMX Electric Gates** |
| | List the contract number of any government contract | **10551 Crockett St Sun Valley, CA 91352** |

| 2.59. | State what the contract or lease is for and the nature of the debtor's interest | **Asbestos/Lead, Construction Contract** |
|---|---|---|
| | State the term remaining | **Jonathan Jackson Company** |
| | List the contract number of any government contract | **2681 Dow Avenue Suite C-1 Tustin, CA 92780** |

| 2.60. | State what the contract or lease is for and the nature of the debtor's interest | **Strucutral Engineer, Engineering Contract** |
|---|---|---|
| | State the term remaining | **JSA Engineering** |
| | List the contract number of any government contract | **13785 Pelican Dr Rancho Cucamonga, CA 91739** |

| 2.61. | State what the contract or lease is for and the nature of the debtor's interest | **Strucutral Engineer, Engineering Contract** |
|---|---|---|
| | State the term remaining | **JSA Engineering** |
| | List the contract number of any | **13785 Pelican Dr Rancho Cucamonga, CA 91739** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor 1   **QUIGG Builders, Inc.**
_____
First Name          Middle Name          Last Name

Case number (*if known*)   **2:16-bk-25786-ER**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.62. | State what the contract or lease is for and the nature of the debtor's interest | **Structural Engineer, Engineering Contract** | |
|---|---|---|---|
| | State the term remaining | | **JSA Engineering** |
| | List the contract number of any government contract | | **13785 Pelican Dr** **Rancho Cucamonga, CA 91739** |

| 2.63. | State what the contract or lease is for and the nature of the debtor's interest | **Cabinet Mirrors, Construction Contract** | |
|---|---|---|---|
| | State the term remaining | | **Juan Sandoval** |
| | List the contract number of any government contract | | **911 Moutain View Ave** **Oxnard, CA 93030** |

| 2.64. | State what the contract or lease is for and the nature of the debtor's interest | **Flooring, Construction Contract** | |
|---|---|---|---|
| | State the term remaining | | **Kalley Flooring** |
| | List the contract number of any government contract | | **1171 S Robertson Blvd** **Suite 407** **Los Angeles, CA 90035** |

| 2.65. | State what the contract or lease is for and the nature of the debtor's interest | **Flooring, Construction Contract** | |
|---|---|---|---|
| | State the term remaining | | **Kalley Flooring** |
| | List the contract number of any government contract | | **1171 S Robertson Blvd** **Suite 407** **Los Angeles, CA 90035** |

| 2.66. | State what the contract or lease is for and the nature of the debtor's interest | **Piping, Construction Contract** | |
|---|---|---|---|
| | State the term remaining | | **Lane Plumbing** |
| | List the contract number of any government contract | | **7121 Samoa Place** **Tujunga, CA 91042** |

| 2.67. | State what the contract or lease is for and the nature of the debtor's interest | **Civil Engineering, Engineering Contract** | **LC Engineering** **889 Pierce Court** **Suite 101** **Thousand Oaks, CA 91360** |
|---|---|---|---|

Debtor 1    **QUIGG Builders, Inc.**
_____
First Name         Middle Name         Last Name

Case number *(if known)*    **2:16-bk-25786-ER**

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| State the term remaining<br><br>List the contract number of any<br>government contract | |
| **2.68.** State what the contract or lease is for and the nature of the debtor's interest | **Civil Engineering, Engineering Contract** |
| State the term remaining<br><br>List the contract number of any<br>government contract | **LC Engineering<br>889 Pierce Court<br>Suite 101<br>Thousand Oaks, CA 91360** |
| **2.69.** State what the contract or lease is for and the nature of the debtor's interest | **Pool, Construction Contract** |
| State the term remaining<br><br>List the contract number of any<br>government contract | **LC Pools<br>3411 Clarendon Place<br>Thousand Oaks, CA 91360** |
| **2.70.** State what the contract or lease is for and the nature of the debtor's interest | **Wine Cellar, Construction Contract** |
| State the term remaining<br><br>List the contract number of any<br>government contract | **Legacy Cellars<br>37925 6TH Street East<br>#402<br>Palmdale, CA 93550** |
| **2.71.** State what the contract or lease is for and the nature of the debtor's interest | **Wine Cellar, Construction Contract** |
| State the term remaining<br><br>List the contract number of any<br>government contract | **Legacy Cellars<br>37925 6TH Street East<br>#402<br>Palmdale, CA 93550** |
| **2.72.** State what the contract or lease is for and the nature of the debtor's interest | **Railing, Construction Contract** |
| State the term remaining<br><br>List the contract number of any<br>government contract | **Majestic Wood Works<br>PO Box 1400<br>Downey, CA 90240** |

Debtor 1    **QUIGG Builders, Inc.**

| First Name | Middle Name | Last Name |
|---|---|---|

Case number *(if known)*    **2:16-bk-25786-ER**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.73.** State what the contract or lease is for and the nature of the debtor's interest
    **Railing, Construction Contract**

State the term remaining

List the contract number of any government contract
    **Majestic Wood Works**
**PO Box 1400**
**Downey, CA 90240**

---

**2.74.** State what the contract or lease is for and the nature of the debtor's interest
    **Sheet Metal, Construction Contract**

State the term remaining

List the contract number of any government contract
    **Mark Ogburn Enterprises**
**12898 Bradley Ave**
**Unit B**
**Sylmar, CA 91342**

---

**2.75.** State what the contract or lease is for and the nature of the debtor's interest
    **Electrical Engineering, Engineering Contract**

State the term remaining

List the contract number of any government contract
    **Mechanical Buildings Systems Engineering**
**6652 Vickview Dr**
**West Hills, CA 91307**

---

**2.76.** State what the contract or lease is for and the nature of the debtor's interest
    **Scaffolding, Construction Contract**

State the term remaining

List the contract number of any government contract
    **Memo's Scaffolding**
**12722 Carmenita Road**
**Santa FE Springs, CA 90670**

---

**2.77.** State what the contract or lease is for and the nature of the debtor's interest
    **Shower Enclosures, Construction Contract**

State the term remaining

List the contract number of any government contract
    **Met Tech Shower Enclosures**
**13160 Saticoy St.**
**North Hollywood, CA 91605**

---

**2.78.** State what the contract or lease is for and the nature of the debtor's interest
    **Shower Enclosures, Construction Contract**

State the term remaining

List the contract number of any
    **Met Tech Shower Enclosures**
**13160 Saticoy St.**
**North Hollywood, CA 91605**

| Debtor 1 | **QUIGG Builders, Inc.** | | Case number *(if known)* | **2:16-bk-25786-ER** |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |

**Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| government contract | |

| 2.79. | State what the contract or lease is for and the nature of the debtor's interest | **Fire Suppression, Construction Contract** | |
|---|---|---|---|
| | State the term remaining | | **Millenium Fire Protection** |
| | List the contract number of any government contract | | **1227 Flynn Rd Suite 307 Camarillo, CA 93012** |

| 2.80. | State what the contract or lease is for and the nature of the debtor's interest | **Hardscape, Construction Contract** | |
|---|---|---|---|
| | State the term remaining | | **Mintz** |
| | List the contract number of any government contract | | **9615 Baden Ave. Chatsworth, CA 91311** |

| 2.81. | State what the contract or lease is for and the nature of the debtor's interest | **Hardscape, Construction Contract** | |
|---|---|---|---|
| | State the term remaining | | **Mintz** |
| | List the contract number of any government contract | | **9615 Baden Ave. Chatsworth, CA 91311** |

| 2.82. | State what the contract or lease is for and the nature of the debtor's interest | **Plaster & Gypsum Board, Construction Contract** | |
|---|---|---|---|
| | State the term remaining | | **Montelongo, Inc.** |
| | List the contract number of any government contract | | **519 S. Gertuda Ave Redondo Beach, CA 90277** |

| 2.83. | State what the contract or lease is for and the nature of the debtor's interest | **Painting/Brushed Finish, Construction Contract** | |
|---|---|---|---|
| | State the term remaining | | **Mulligan's Painters** |
| | List the contract number of any government contract | | **11520 Jefferson Blvd. #228 Culver City, CA 90230** |

| 2.84. | State what the contract or lease is for and the nature of the debtor's interest | **Painting, Construction Contract** | **Mulligan's Painters 11520 Jefferson Blvd. #228 Culver City, CA 90230** |
|---|---|---|---|

12/19/16 11:11PM

| Debtor 1 | QUIGG Builders, Inc. | | | Case number (*if known*) | **2:16-bk-25786-ER** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| | | |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | |

| 2.85. | State what the contract or lease is for and the nature of the debtor's interest | **Painting, Construction Contract** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Mulligan's Painters**<br>**11520 Jefferson Blvd. #228**<br>**Culver City, CA 90230** |

| 2.86. | State what the contract or lease is for and the nature of the debtor's interest | **Wrought Iron, Construction Contract** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **New Century Iron Artisans**<br>**9075 Glenoaks Blvd.**<br>**Sun Valley, CA 91352** |

| 2.87. | State what the contract or lease is for and the nature of the debtor's interest | **Wrought Iron, Construction Contract** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **New Century Iron Artisans**<br>**9075 Glenoaks Blvd.**<br>**Sun Valley, CA 91352** |

| 2.88. | State what the contract or lease is for and the nature of the debtor's interest | **Survey, Surveying Contract1** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Northlake Surveying**<br>**33218 Big Oak Lane**<br>**Castaic, CA 91384** |

| 2.89. | State what the contract or lease is for and the nature of the debtor's interest | **Insulation, Construction Contract** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **OJ Insulation**<br>**600 South Vicent Avenue**<br>**Azusa, CA 91702** |

| Debtor 1 | **QUIGG Builders, Inc.** | | | Case number *(if known)* | **2:16-bk-25786-ER** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.90.** State what the contract or lease is for and the nature of the debtor's interest — **Precast Concrete, Construction Contract**

State the term remaining

List the contract number of any government contract

**Old World Precast Inc.**
**2977 Allesandro Street**
**Los Angeles, CA 90039**

---

**2.91.** State what the contract or lease is for and the nature of the debtor's interest — **Doors, Construction Contract1**

State the term remaining

List the contract number of any government contract

**Overhead Doors**
**13018 Raymer Street**
**North Hollywood, CA 91605**

---

**2.92.** State what the contract or lease is for and the nature of the debtor's interest — **Landscape Architecture, Architectural Contract**

State the term remaining

List the contract number of any government contract

**Paul Sangha**
**125 E. 4th Avenue**
**Vancouver, BC V5Y 1G4**

---

**2.93.** State what the contract or lease is for and the nature of the debtor's interest — **Landscape, Construction Contract**

State the term remaining

List the contract number of any government contract

**Paul Sangha**
**125 E. 4th Avenue**
**Vancouver, BC V5Y 1G4**

---

**2.94.** State what the contract or lease is for and the nature of the debtor's interest — **Landscape Architecture, Architectural Contract**

State the term remaining

List the contract number of any government contract

**Paul Sangha**
**125 E. 4th Avenue**
**Vancouver, BC V5Y 1G4**

---

**2.95.** State what the contract or lease is for and the nature of the debtor's interest — **Survey, Surveying Contract**

State the term remaining

List the contract number of any

**Peak Surveys, Inc.**
**2488 Townsgate Rd**
**Suite D**
**Westlake Village, CA 91361**

Debtor 1    **QUIGG Builders, Inc.**
First Name        Middle Name        Last Name

Case number *(if known)*    **2:16-bk-25786-ER**

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.96. | State what the contract or lease is for and the nature of the debtor's interest | **Electrical, Construction Contract** | |
|---|---|---|---|
| | State the term remaining | | **PES** |
| | List the contract number of any government contract | | **435 N. Oxford Ave #18 Los Angeles, CA 90004** |

| 2.97. | State what the contract or lease is for and the nature of the debtor's interest | **Electrical, Construction Contract** | |
|---|---|---|---|
| | State the term remaining | | **PES** |
| | List the contract number of any government contract | | **435 N. Oxford Ave #18 Los Angeles, CA 90004** |

| 2.98. | State what the contract or lease is for and the nature of the debtor's interest | **Electrical, Construction Contract** | |
|---|---|---|---|
| | State the term remaining | | **PES** |
| | List the contract number of any government contract | | **435 N. Oxford Ave #18 Los Angeles, CA 90004** |

| 2.99. | State what the contract or lease is for and the nature of the debtor's interest | **Electrical, Construction Contract** | |
|---|---|---|---|
| | State the term remaining | | **PES** |
| | List the contract number of any government contract | | **435 N. Oxford Ave #18 Los Angeles, CA 90004** |

| 2.100. | State what the contract or lease is for and the nature of the debtor's interest | **Electrical, Construction Contract** | |
|---|---|---|---|
| | State the term remaining | | **PES** |
| | List the contract number of any government contract | | **435 N. Oxford Ave #18 Los Angeles, CA 90004** |

| 2.101. | State what the contract or lease is for and the nature of the debtor's interest | **Landscape, Construction Contract** | **Pierre Landscape 5455 2nd Street Irwindale, CA 91706** |
|---|---|---|---|

Debtor 1   **QUIGG Builders, Inc.**

First Name          Middle Name          Last Name

Case number (*if known*)   **2:16-bk-25786-ER**

**Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| State the term remaining | |
| List the contract number of any government contract | |

| 2.102. | State what the contract or lease is for and the nature of the debtor's interest | **Landscape, Construction Contract** |
|---|---|---|
| | State the term remaining | **Pierre Landscape**<br>**5455 2nd Street**<br>**Irwindale, CA 91706** |
| | List the contract number of any government contract | |

| 2.103. | State what the contract or lease is for and the nature of the debtor's interest | **Landscape, Construction Contract** |
|---|---|---|
| | State the term remaining | **Pierre Landscape**<br>**5455 2nd Street**<br>**Irwindale, CA 91706** |
| | List the contract number of any government contract | |

| 2.104. | State what the contract or lease is for and the nature of the debtor's interest | **Piping, Construction Contract1** |
|---|---|---|
| | State the term remaining | **Plotke Red Lilly**<br>**3121 W. Temple St**<br>**Los Angeles, CA 90026** |
| | List the contract number of any government contract | |

| 2.105. | State what the contract or lease is for and the nature of the debtor's interest | **Services Agreement** |
|---|---|---|
| | State the term remaining | **Quigg Capital, LLC**<br>**10100 Santa Monica Blvd**<br>**Suite 110**<br>**Los Angeles, CA 90067** |
| | List the contract number of any government contract | |

| 2.106. | State what the contract or lease is for and the nature of the debtor's interest | **Licensing Agreement** |
|---|---|---|
| | State the term remaining | **Quigg LA11, LLC**<br>**10100 Santa Monica Blvd**<br>**Suite 110**<br>**Los Angeles, CA 90067** |
| | List the contract number of any government contract | |

| Debtor 1 | **QUIGG Builders, Inc.** | | | Case number *(if known)* | **2:16-bk-25786-ER** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |



## Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.107. | State what the contract or lease is for and the nature of the debtor's interest | **Construction Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Quigg LA11, LLC**<br>**10100 Santa Monica Blvd**<br>**Suite 110**<br>**Los Angeles, CA 90067** |
| | List the contract number of any government contract | | |

| 2.108. | State what the contract or lease is for and the nature of the debtor's interest | **Construction Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Quigg LA12, LLC**<br>**10100 Santa Monica Blvd**<br>**Suite 110**<br>**Los Angeles, CA 90067** |
| | List the contract number of any government contract | | |

| 2.109. | State what the contract or lease is for and the nature of the debtor's interest | **Construction Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Quigg LA14, LLC**<br>**10100 Santa Monica Blvd**<br>**Suite 110**<br>**Los Angeles, CA 90067** |
| | List the contract number of any government contract | | |

| 2.110. | State what the contract or lease is for and the nature of the debtor's interest | **Construction Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Quigg LA15, LLC**<br>**10100 Santa Monica Blvd**<br>**Suite 110**<br>**Los Angeles, CA 90067** |
| | List the contract number of any government contract | | |

| 2.111. | State what the contract or lease is for and the nature of the debtor's interest | **Construction Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Quigg LA17, LLC**<br>**10100 Santa Monica Blvd**<br>**Suite 110**<br>**Los Angeles, CA 90067** |
| | List the contract number of any government contract | | |

| 2.112. | State what the contract or lease is for and the nature of the debtor's interest | **Construction Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Quigg LA18, LLC**<br>**10100 Santa Monica Blvd**<br>**Suite 110**<br>**Los Angeles, CA 90067** |
| | List the contract number of any | | |

Debtor 1    **QUIGG Builders, Inc.**

First Name    Middle Name    Last Name    Case number *(if known)*    **2:16-bk-25786-ER**



### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| | government contract |
| **2.113.** State what the contract or lease is for and the nature of the debtor's interest | **Construction Agreement** |
| State the term remaining | **Quigg LA19, LLC** |
| List the contract number of any government contract | **10100 Santa Monica Blvd Suite 110 Los Angeles, CA 90067** |
| **2.114.** State what the contract or lease is for and the nature of the debtor's interest | **Services Agreement** |
| State the term remaining | **Quigg Properties, LLC** |
| List the contract number of any government contract | **10100 Santa Monica Blvd Suite 110 Los Angeles, CA 90067** |
| **2.115.** State what the contract or lease is for and the nature of the debtor's interest | **Tile/Stone, Construction Contract** |
| State the term remaining | **Restore A Floor** |
| List the contract number of any government contract | **1171 S Robertson Blvd Ste #407 Los Angeles, CA 90035** |
| **2.116.** State what the contract or lease is for and the nature of the debtor's interest | **Brick (fireplace), Construction Contract** |
| State the term remaining | **RP Design** |
| List the contract number of any government contract | **2828 Cochran Street #371 Simi Valley, CA 93065** |
| **2.117.** State what the contract or lease is for and the nature of the debtor's interest | **Brick (fireplace), Construction Contract** |
| State the term remaining | **RP Design** |
| List the contract number of any government contract | **2828 Cochran Street #371 Simi Valley, CA 93065** |
| **2.118.** State what the contract or lease is for and the nature of the debtor's interest | **HVAC, Construction Contract** |
| | **Scott Mumford 2876 Sharp Road Simi Valley, CA 93063** |

Debtor 1    **QUIGG Builders, Inc.**
_____
First Name         Middle Name        Last Name

Case number (*if known*)    **2:16-bk-25786-ER**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| State the term remaining | |
| List the contract number of any government contract | |

| 2.119. | State what the contract or lease is for and the nature of the debtor's interest | **Methane Prevention, Construction Contract** |
|---|---|---|
| | State the term remaining | **Sentinel Environmental** |
| | List the contract number of any government contract | **2470 Stearns St #231 Simi Valley, CA 93063** |

| 2.120. | State what the contract or lease is for and the nature of the debtor's interest | **Concrete Cutting, Construction Contract** |
|---|---|---|
| | State the term remaining | **Southern Concrete Cutting** |
| | List the contract number of any government contract | **PO Box 341302 Arieta, CA 91331** |

| 2.121. | State what the contract or lease is for and the nature of the debtor's interest | **Tile/Stone, Construction Contract1** |
|---|---|---|
| | State the term remaining | **Southland Stone** |
| | List the contract number of any government contract | **12595 Foothill Blvd Sylmar, CA 91342** |

| 2.122. | State what the contract or lease is for and the nature of the debtor's interest | **Doors/Windows, Construction Contract** |
|---|---|---|
| | State the term remaining | **Sunland Wood Products, Inc** |
| | List the contract number of any government contract | **7442 Varna Ave North Hollywood, CA 91605** |

| 2.123. | State what the contract or lease is for and the nature of the debtor's interest | **Doors, Construction Contract** |
|---|---|---|
| | State the term remaining | **Sunland Wood Products, Inc** |
| | List the contract number of any government contract | **7442 Varna Ave North Hollywood, CA 91605** |

Debtor 1    **QUIGG Builders, Inc.**
First Name        Middle Name        Last Name

Case number (*if known*)    **2:16-bk-25786-ER**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.124. | State what the contract or lease is for and the nature of the debtor's interest | **Landscape Architecture, Architectural Contract** | |
|---|---|---|---|
| | State the term remaining | | **Sweeney + Associates** |
| | List the contract number of any government contract | | **38730 Sky Canyon Drive Suite C Murrieta, CA 92563** |

| 2.125. | State what the contract or lease is for and the nature of the debtor's interest | **Landscape Architecture, Architectural Contract** | |
|---|---|---|---|
| | State the term remaining | | **TGP Inc.** |
| | List the contract number of any government contract | | **4208 W. Chandler Blvd Burbank, CA 91505** |

| 2.126. | State what the contract or lease is for and the nature of the debtor's interest | **Wrought Iron, Construction Contract** | |
|---|---|---|---|
| | State the term remaining | | **The Iron Shop** |
| | List the contract number of any government contract | | **3949/D Guasti Rd Ontario, CA 91761** |

| 2.127. | State what the contract or lease is for and the nature of the debtor's interest | **HVAC, Construction Contract** | |
|---|---|---|---|
| | State the term remaining | | **The Payne Company** |
| | List the contract number of any government contract | | **226 S. Lucerne Blvd Los Angeles, CA 90004** |

| 2.128. | State what the contract or lease is for and the nature of the debtor's interest | **HVAC, Construction Contract1** | |
|---|---|---|---|
| | State the term remaining | | **The Right Choice** |
| | List the contract number of any government contract | | **9825 Independence Ave Chatsworth, CA 91311** |

| 2.129. | State what the contract or lease is for and the nature of the debtor's interest | **Demolition, Construction Contract** | |
|---|---|---|---|
| | State the term remaining | | **Tim Greenleaf Engineering** |
| | List the contract number of any | | **18685 Main St. Ste. A-371 Huntington Beach, CA 92648** |

Debtor 1   **QUIGG Builders, Inc.**

First Name            Middle Name            Last Name

Case number *(if known)*   **2:16-bk-25786-ER**

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| | government contract |

| | | |
|---|---|---|
| 2.130. | State what the contract or lease is for and the nature of the debtor's interest | **Flooring, Construction Contract** |
| | State the term remaining | **TJ Flooring & Design** |
| | List the contract number of any government contract | **8900 Eaton Ave** **Unit D** **Canoga Park, CA 91304** |
| 2.131. | State what the contract or lease is for and the nature of the debtor's interest | **Dirt Removal, Construction Contract** |
| | State the term remaining | **Tri-County** |
| | List the contract number of any government contract | **555 Sandy Circle** **Oxnard, CA 93036** |
| 2.132. | State what the contract or lease is for and the nature of the debtor's interest | **Roof Tile, Construction Contract** |
| | State the term remaining | **Truskett** |
| | List the contract number of any government contract | **23122 Conde Drive** **Valencia, CA 91354** |
| 2.133. | State what the contract or lease is for and the nature of the debtor's interest | **Landscape, Construction Contract** |
| | State the term remaining | **Vista Engineering** |
| | List the contract number of any government contract | **401 Exposition Blvd** **Los Angeles, CA 90018** |
| 2.134. | State what the contract or lease is for and the nature of the debtor's interest | **Hauling, Construction Contract** |
| | State the term remaining | **Wayne Cast Concrete** |
| | List the contract number of any government contract | **PO Box 208** **Acton, CA 93510** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name     **QUIGG Builders, Inc.**

United States Bankruptcy Court for the:     CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)     **2:16-bk-25786-ER**

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 _____ | Street _____ <br><br> City ____ State ____ Zip Code ____ | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.2 _____ | Street _____ <br><br> City ____ State ____ Zip Code ____ | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.3 _____ | Street _____ <br><br> City ____ State ____ Zip Code ____ | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.4 _____ | Street _____ <br><br> City ____ State ____ Zip Code ____ | _____ | ☐ D <br> ☐ E/F <br> ☐ G |

# STATEMENT OF RELATED CASES
## INFORMATION REQUIRED BY LBR 1015-2
## UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1.  A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof.  If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

**None**

2.  (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof.  If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

**Not applicable**

3.  (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof.  If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

**None**

4.  (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof.  If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

**Not applicable**

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at **Los Angeles, CA** , California.

Date: **December 14, 2016**

**/s/ Robert Quigg**
**Robert Quigg**
Signature of Debtor

Signature of Joint Debtor

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012                    Page 1                    **F 1015-2.1.STMT.RELATED.CASES**

**Fill in this information to identify the case:**

Debtor name    **QUIGG Builders, Inc.**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)    **2:16-bk-25786-ER**

☐ Check if this is an
amended filing

## Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/16

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages,
write the debtor's name and case number (if known).**

**Part 1:    Income**

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
   | --- | --- | --- |
   | **1/1/2016 - 12/14/2016** | | **$1,220,633.12** |
   | **1/1/2015 - 12/31/2015** | | **$9,357,399.57** |
   | **1/1/2014 - 12/31/2014** | | **$3,124,921.56** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☐ None.

   | | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
   | --- | --- | --- |
   | **1/1/2016 - 12/14/2016** | **Miscellaneous income** | $1,610.54 |
   | **1/1/2015 - 12/31/2015** | **Miscellaneous income** | $12,750.00 |
   | **1/1/2014 - 12/31/2014** | | $0.00 |

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer Check all that apply |
   | --- | --- | --- | --- |
   | **Acosta Stone** **10111 E Ave S, Littlerock, CA 93543** | 9/16/2016 | **$4,500.00** | **Supplier/Vendor** |
   | **Acosta Stone** **10111 E Ave S, Littlerock, CA 93543** | 10/7/2016 | **$12,916.71** | **Supplier/Vendor** |
   | **Acosta Stone** **10111 E Ave S, Littlerock, CA 93543** | 10/31/2016 | **$7,200.00** | **Supplier/Vendor** |
   | **Acosta Stone** **10111 E Ave S, Littlerock, CA 93543** | 10/31/2016 | **$12,600.00** | **Supplier/Vendor** |

| Debtor | **QUIGG Builders, Inc.** | | Case number *(if known)* **2:16-bk-25786-ER** |

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| **Allied Roofing and Waterproofing** 1514 10th Street, Santa Monica, CA 90401 | **10/17/2016** | **$18,900.00** | **Supplier/Vendor** |
| **Allied Roofing and Waterproofing** 1514 10th Street, Santa Monica, CA 90401 | **10/27/2016** | **$8,603.78** | **Supplier/Vendor** |
| **American Express** PO Box 981535, El Paso, TX 79998-1535 | **10/3/2016** | **$241,653.34** | **Supplier/Vendor** |
| **American Express** PO Box 981535, El Paso, TX 79998-1535 | **10/24/2016** | **$50,000.00** | **Supplier/Vendor** |
| **American Express** PO Box 981535, El Paso, TX 79998-1535 | **11/4/2016** | **$103,843.31** | **Supplier/Vendor** |
| **B&R Construction** 5350 Venice Blvd, 1st Floor, Los Angeles, CA 90019 | **9/15/2016** | **$15,669.00** | **Supplier/Vendor** |
| **B&R Construction** 5350 Venice Blvd, 1st Floor, Los Angeles, CA 90019 | **9/15/2016** | **$457.65** | **Supplier/Vendor** |
| **B&R Construction** 5350 Venice Blvd, 1st Floor, Los Angeles, CA 90019 | **9/15/2016** | **$1,739.83** | **Supplier/Vendor** |
| **B&R Construction** 5350 Venice Blvd, 1st Floor, Los Angeles, CA 90019 | **9/30/2016** | **$27,576.66** | **Supplier/Vendor** |
| **B&R Construction** 5350 Venice Blvd, 1st Floor, Los Angeles, CA 90019 | **9/30/2016** | **$8,224.52** | **Supplier/Vendor** |
| **B&R Construction** 5350 Venice Blvd, 1st Floor, Los Angeles, CA 90019 | **10/28/2016** | **$19,238.40** | **Supplier/Vendor** |
| **B&R Construction** 5350 Venice Blvd, 1st Floor, Los Angeles, CA 90019 | **10/28/2016** | **$7,789.69** | **Supplier/Vendor** |
| **Brand Signs & Design** 315 E. 8th Street, Ste 1106, Los Angeles, CA 90014 | **11/11/2016** | **$1,962.50** | **Supplier/Vendor** |
| **Brighten Sheet Metal, Inc.** 1560-1 Newbury Rd, #286, Newbury Park, CA 91320 | **10/7/2016** | **$5,490.00** | **Supplier/Vendor** |
| **CDM Iron & Works** 2729 W Jefferson Blvd, Los Angeles, CA 90018 | **9/26/2016** | **$4,250.00** | **Supplier/Vendor** |
| **CDM Iron & Works** 2729 W Jefferson Blvd, Los Angeles, CA 90018 | **10/5/2016** | **$2,500.00** | **Supplier/Vendor** |
| **Century City Ventures** 10100 Santa Monica Blvd, Ste 110, Los Angeles, CA 90067 | **10/21/2016** | **$127,217.50** | **Supplier/Vendor** |
| **Certified Tile** 7769 Lemona Avenue, Van Nuys, CA 91405 | **10/7/2016** | **$9,000.00** | **Supplier/Vendor** |
| **Certified Tile** 7769 Lemona Avenue, Van Nuys, CA 91405 | **10/25/2016** | **$9,000.00** | **Supplier/Vendor** |

Debtor    **QUIGG Builders, Inc.**    Case number *(if known)* **2:16-bk-25786-ER**

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| **Chris Montelongo Plastering**<br>**4817 Paseo De las Tortugas, Torrance, CA 90505** | **9/23/2016** | **$3,019.50** | **Supplier/Vendor** |
| **Chris Montelongo Plastering**<br>**4817 Paseo De las Tortugas, Torrance, CA 90505** | **10/31/2016** | **$3,125.50** | **Supplier/Vendor** |
| **Chris Montelongo Plastering**<br>**4817 Paseo De las Tortugas, Torrance, CA 90505** | **11/11/2016** | **$650.00** | **Supplier/Vendor** |
| **Cook Development Company**<br>**706 Greenbriar Dr, Simi Valley, CA 93065** | **10/31/2016** | **$202,500.00** | **Supplier/Vendor** |
| **Creative Sound & Vision, LLC**<br>**4335 Van Nuys Blvd #125, Sherman Oaks, CA 91403** | **10/17/2016** | **$672.00** | **Supplier/Vendor** |
| **Creative Sound & Vision, LLC**<br>**4335 Van Nuys Blvd #125, Sherman Oaks, CA 91403** | **10/17/2016** | **$5,481.00** | **Supplier/Vendor** |
| **Creative Sound & Vision, LLC**<br>**4335 Van Nuys Blvd #125, Sherman Oaks, CA 91403** | **11/11/2016** | **$3,209.40** | **Supplier/Vendor** |
| **Creative Sound & Vision, LLC**<br>**4335 Van Nuys Blvd #125, Sherman Oaks, CA 91403** | **11/15/2016** | **$2,026.81** | **Supplier/Vendor** |
| **Danmar Steel**<br>**13581 Desmond St, Pacoima, CA 91331** | **9/20/2016** | **$7,110.00** | **Supplier/Vendor** |
| **Danmar Steel**<br>**13581 Desmond St, Pacoima, CA 91331** | **10/25/2016** | **$41,219.11** | **Supplier/Vendor** |
| **Danmar Steel**<br>**13581 Desmond St, Pacoima, CA 91331** | **10/25/2016** | **$7,740.89** | **Supplier/Vendor** |
| **Danmar Steel**<br>**13581 Desmond St, Pacoima, CA 91331** | **11/14/2016** | **$9,950.00** | **Supplier/Vendor** |
| **Doman Pools**<br>**887 Patriot Dr. Unit F, Moorpark, CA 93021** | **10/7/2016** | **$4,855.50** | **Supplier/Vendor** |
| **Everest National Insurance Co.**<br>**PO Box 499, Newark, NJ 07101** | **9/15/2016** | **$24,899.89** | **Supplier/Vendor** |
| **Everest National Insurance Co.**<br>**PO Box 499, Newark, NJ 07101** | **10/14/2016** | **$18,178.75** | **Supplier/Vendor** |
| **Everest National Insurance Co.**<br>**PO Box 499, Newark, NJ 07101** | **11/15/2016** | **$10,480.08** | **Supplier/Vendor** |
| **Everest National Insurance Co.**<br>**PO Box 499, Newark, NJ 07101** | **11/29/2016** | **$13,754.80** | **Supplier/Vendor** |
| **Frank H Roll-Off Service**<br>**409 S. Bonnie Beach Pl, Los Angeles, CA 90063** | **10/25/2016** | **$14,789.26** | **Supplier/Vendor** |
| **Grandmaison Construction, Inc.**<br>**16335 Sultus St, Santa Clarita, CA 91387** | **10/17/2016** | **$11,026.10** | **Supplier/Vendor** |
| **Grandmaison Construction, Inc.**<br>**16335 Sultus St, Santa Clarita, CA 91387** | **10/17/2016** | **$12,632.11** | **Supplier/Vendor** |
| **Grandmaison Construction, Inc.**<br>**16335 Sultus St, Santa Clarita, CA 91387** | **10/17/2016** | **$26,755.29** | **Supplier/Vendor** |
| **Hydrosprout, Inc.**<br>**460-A Corporate Dr, Esconido, CA 92029** | **11/15/2016** | **$11,569.20** | **Supplier/Vendor** |
| **JC Drywall Designs**<br>**11921 Beatrice St, Culver City, CA 90230** | **10/5/2016** | **$2,363.40** | **Supplier/Vendor** |
| **JC Drywall Designs**<br>**11921 Beatrice St, Culver City, CA 90230** | **10/12/2016** | **$18,135.00** | **Supplier/Vendor** |
| **JC Drywall Designs**<br>**11921 Beatrice St, Culver City, CA 90230** | **10/31/2016** | **$9,945.00** | **Supplier/Vendor** |

Debtor    **QUIGG Builders, Inc.**

Case number *(if known)* **2:16-bk-25786-ER**

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| **JH Plumbing Corporation, Inc.** 6859 Valjean Ave, Suite 4, Van Nuys, CA 91406 | **9/14/2016** | **$2,555.68** | **Supplier/Vendor** |
| **JH Plumbing Corporation, Inc.** 6859 Valjean Ave, Suite 4, Van Nuys, CA 91406 | **10/11/2016** | **$1,833.62** | **Supplier/Vendor** |
| **JH Plumbing Corporation, Inc.** 6859 Valjean Ave, Suite 4, Van Nuys, CA 91406 | **11/4/2016** | **$8,068.26** | **Supplier/Vendor** |
| **JMI Steel** 8983 San Fernando Rd, Sun Valley, CA 91352 | **10/5/2016** | **$12,943.00** | **Supplier/Vendor** |
| **JMX Electric Gates and Fences** 10551 Crockett St, Sun Valley, CA 91352 | **10/10/2016** | **$7,500.00** | **Supplier/Vendor** |
| **Jonathan Jackson Company** 2681 Dow Avenue Suite C-1, Tustin, CA 92780 | **10/3/2016** | **$15,012.00** | **Supplier/Vendor** |
| **JSA Engineering Inc.** 13785 Pelican Dr, Rancho Cucamonga, CA 91739 | **9/15/2016** | **$2,851.00** | **Supplier/Vendor** |
| **JSA Engineering Inc.** 13785 Pelican Dr, Rancho Cucamonga, CA 91739 | **10/27/2016** | **$930.00** | **Supplier/Vendor** |
| **JSA Engineering Inc.** 13785 Pelican Dr, Rancho Cucamonga, CA 91739 | **10/27/2016** | **$951.00** | **Supplier/Vendor** |
| **JSA Engineering Inc.** 13785 Pelican Dr, Rancho Cucamonga, CA 91739 | **11/11/2016** | **$26,200.00** | **Supplier/Vendor** |
| **Juan Sandoval** 911 Moutain View Ave, Oxnard, CA 93030 | **10/6/2016** | **$5,950.00** | **Supplier/Vendor** |
| **Juan Sandoval** 911 Moutain View Ave, Oxnard, CA 93030 | **10/6/2016** | **$3,257.00** | **Supplier/Vendor** |
| **Kalley Flooring, Inc.** 1171 S. Robertson Blvd., #407, Los Angeles, CA 90035 | **11/8/2016** | **$1,800.00** | **Supplier/Vendor** |
| **Kalley Flooring, Inc.** 1171 S. Robertson Blvd., #407, Los Angeles, CA 90035 | **11/15/2016** | **$6,646.23** | **Supplier/Vendor** |
| **LADWP** PO Box 30808, Los Angeles, CA 90064 | **9/19/2016** | **$22,134.00** | **Supplier/Vendor** |
| **LADWP** PO Box 30808, Los Angeles, CA 90064 | **9/30/2016** | **$3,278.57** | **Supplier/Vendor** |
| **LADWP** PO Box 30808, Los Angeles, CA 90064 | **10/6/2016** | **$244.18** | **Supplier/Vendor** |
| **LADWP** PO Box 30808, Los Angeles, CA 90064 | **10/6/2016** | **$98.70** | **Supplier/Vendor** |
| **LADWP** PO Box 30808, Los Angeles, CA 90064 | **11/3/2016** | **$222.17** | **Supplier/Vendor** |
| **LC Engineering Group, Inc.** 889 Pierce Court, Suite 101, Thousand Oaks, CA 91360 | **9/21/2016** | **$7,435.00** | **Supplier/Vendor** |
| **LC Engineering Group, Inc.** 889 Pierce Court, Suite 101, Thousand Oaks, CA 91360 | **9/26/2016** | **$2,620.00** | **Supplier/Vendor** |
| **LC Engineering Group, Inc.** 889 Pierce Court, Suite 101, Thousand Oaks, CA 91360 | **9/26/2016** | **$1,436.50** | **Supplier/Vendor** |

Debtor    **QUIGG Builders, Inc.**

Case number *(if known)* **2:16-bk-25786-ER**

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| **LC Engineering Group, Inc.**<br>889 Pierce Court, Suite 101, Thousand Oaks, CA 91360 | **10/27/2016** | **$1,227.25** | **Supplier/Vendor** |
| **LC Pools**<br>3411 Clarendon Place, Thousand Oaks, CA 91360 | **10/21/2016** | **$6,629.20** | **Supplier/Vendor** |
| **Legacy Cellars, Inc.**<br>37925 6TH Street East, #402, Palmdale, CA 93550 | **10/31/2016** | **$8,690.85** | **Supplier/Vendor** |
| **Marsh USA, Inc.**<br>PO Box 846112, Dallas, TX, 75284 | **9/30/2016** | **$20,903.16** | **Supplier/Vendor** |
| **Marsh USA, Inc.**<br>PO Box 846112, Dallas, TX, 75284 | **10/25/2016** | **$19,620.38** | **Supplier/Vendor** |
| **Marsh USA, Inc.**<br>PO Box 846112, Dallas, TX, 75284 | **11/7/2016** | **$838.00** | **Supplier/Vendor** |
| **Met-Tec Shower Enclosures**<br>13160 Saticoy St. North Hollywood, CA 91605 | **11/14/2016** | **$14,765.74** | **Supplier/Vendor** |
| **Met-Tec Shower Enclosures**<br>13160 Saticoy St. North Hollywood, CA 91605 | **11/14/2016** | **$1,490.52** | **Supplier/Vendor** |
| **Mintz & Cemex**<br>9615 Baden Ave. Chatsworth, CA 91311 | **10/7/2016** | **$6,113.28** | **Supplier/Vendor** |
| **Mintz & Cemex**<br>9615 Baden Ave. Chatsworth, CA 91311 | **11/2/2016** | **$4,363.05** | **Supplier/Vendor** |
| **Mintz & HD Supply**<br>9615 Baden Ave. Chatsworth, CA 91311 | **10/7/2016** | **$588.16** | **Supplier/Vendor** |
| **Mintz & HD Supply**<br>9615 Baden Ave. Chatsworth, CA 91311 | **11/2/2016** | **$317.18** | **Supplier/Vendor** |
| **Mintz Concrete Inc**<br>9615 Baden Ave. Chatsworth, CA 91311 | **10/7/2016** | **$4,567.56** | **Supplier/Vendor** |
| **Mintz Concrete Inc**<br>9615 Baden Ave. Chatsworth, CA 91311 | **10/7/2016** | **$6,825.60** | **Supplier/Vendor** |
| **Mintz Concrete Inc**<br>9615 Baden Ave. Chatsworth, CA 91311 | **10/31/2016** | **$18,360.00** | **Supplier/Vendor** |
| **Mintz Concrete Inc**<br>9615 Baden Ave. Chatsworth, CA 91311 | **11/2/2016** | **$6,569.77** | **Supplier/Vendor** |
| **Mintz Concrete Inc**<br>9615 Baden Ave. Chatsworth, CA 91311 | **11/16/2016** | **$26,003.70** | **Supplier/Vendor** |
| **Mulligan's Painters Inc.**<br>11520 Jefferson Blvd. #228, Culver City, CA 90230 | **9/14/2016** | **$15,528.00** | **Supplier/Vendor** |
| **Mulligan's Painters Inc.**<br>11520 Jefferson Blvd. #228, Culver City, CA 90230 | **9/30/2016** | **$15,271.00** | **Supplier/Vendor** |
| **Mulligan's Painters Inc.**<br>11520 Jefferson Blvd. #228, Culver City, CA 90230 | **10/25/2016** | **$30,574.00** | **Supplier/Vendor** |
| **Mulligan's Painters Inc.**<br>11520 Jefferson Blvd. #228, Culver City, CA 90230 | **10/25/2016** | **$12,960.00** | **Supplier/Vendor** |
| **Mulligan's Painters Inc.**<br>11520 Jefferson Blvd. #228, Culver City, CA 90230 | **10/25/2016** | **$3,420.00** | **Supplier/Vendor** |

Debtor  **QUIGG Builders, Inc.**

Case number *(if known)* **2:16-bk-25786-ER**

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| OJ Insulation, LP<br>600 South Vicent Avenue, Azusa, CA 91702 | 9/22/2016 | $10,849.50 | Supplier/Vendor |
| OJ Insulation, LP<br>600 South Vicent Avenue, Azusa, CA 91702 | 10/25/2016 | $7,866.00 | Supplier/Vendor |
| OJ Insulation, LP<br>600 South Vicent Avenue, Azusa, CA 91702 | 11/11/2016 | $1,170.80 | Supplier/Vendor |
| Old World Precast, Inc.<br>2977 Allesandro Street, Los Angeles, CA 90039 | 9/14/2016 | $5,200.00 | Supplier/Vendor |
| Old World Precast, Inc.<br>2977 Allesandro Street, Los Angeles, CA 90039 | 10/10/2016 | $14,625.00 | Supplier/Vendor |
| Old World Precast, Inc.<br>2977 Allesandro Street, Los Angeles, CA 90039 | 10/25/2016 | $4,500.00 | Supplier/Vendor |
| Paden Wasily<br>unknown - employee reimbursement | 11/3/2016 | $120.57 | Supplier/Vendor |
| Paden Wasily<br>unknown - employee reimbursement | 11/15/2016 | $42.55 | Supplier/Vendor |
| Paul Shangha<br>125 E. 4th Avenue, Vancouver, BC V5Y 1G4 | 9/26/2016 | $13,786.67 | Supplier/Vendor |
| Paul Shangha<br>125 E. 4th Avenue, Vancouver, BC V5Y 1G4 | 10/17/2016 | $20,471.46 | Supplier/Vendor |
| Payroll Maxx<br>11248 John Galt Blvd, Omaha, NE 68137 | 9/16/2016 | $26,972.35 | Service |
| Payroll Maxx<br>11248 John Galt Blvd, Omaha, NE 68137 | 9/27/2016 | $26,467.20 | Service |
| Payroll Maxx<br>11248 John Galt Blvd, Omaha, NE 68137 | 10/11/2016 | $26,053.19 | Service |
| Payroll Maxx<br>11248 John Galt Blvd, Omaha, NE 68137 | 10/26/2016 | $26,638.79 | Service |
| Payroll Maxx<br>11248 John Galt Blvd, Omaha, NE 68137 | 11/8/2016 | $26,346.92 | Service |
| Payroll Maxx<br>11248 John Galt Blvd, Omaha, NE 68137 | 11/22/2016 | $20,217.91 | Service |
| Payroll Maxx<br>11248 John Galt Blvd, Omaha, NE 68137 | 11/29/2016 | $28,405.64 | Service |
| Premium Energy Solutions, Inc.<br>435 N. Oxford Ave, #18, Los Angeles, CA 90004 | 10/3/2016 | $10,000.00 | Supplier/Vendor |
| Premium Energy Solutions, Inc.<br>435 N. Oxford Ave, #18, Los Angeles, CA 90004 | 10/3/2016 | $3,825.00 | Supplier/Vendor |
| Premium Energy Solutions, Inc.<br>435 N. Oxford Ave, #18, Los Angeles, CA 90004 | 10/3/2016 | $3,095.00 | Supplier/Vendor |
| Premium Energy Solutions, Inc.<br>435 N. Oxford Ave, #18, Los Angeles, CA 90004 | 10/6/2016 | $7,600.00 | Supplier/Vendor |
| Premium Energy Solutions, Inc.<br>435 N. Oxford Ave, #18, Los Angeles, CA 90004 | 10/31/2016 | $1,485.00 | Supplier/Vendor |
| Premium Energy Solutions, Inc.<br>435 N. Oxford Ave, #18, Los Angeles, CA 90004 | 11/2/2016 | $4,216.50 | Supplier/Vendor |
| Premium Energy Solutions, Inc.<br>435 N. Oxford Ave, #18, Los Angeles, CA 90004 | 11/2/2016 | $8,415.00 | Supplier/Vendor |
| Premium Energy Solutions, Inc.<br>435 N. Oxford Ave, #18, Los Angeles, CA 90004 | 11/15/2016 | $3,420.00 | Supplier/Vendor |
| Premium Energy Solutions, Inc.<br>435 N. Oxford Ave, #18, Los Angeles, CA 90004 | 11/15/2016 | $2,375.00 | Supplier/Vendor |
| Premium Energy Solutions, Inc.<br>435 N. Oxford Ave, #18, Los Angeles, CA 90004 | 11/15/2016 | $105.00 | Supplier/Vendor |

Debtor   **QUIGG Builders, Inc.**

Case number *(if known)*   **2:16-bk-25786-ER**

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| **Quigg Homes** 10100 Santa Monica Blvd, Ste 110, Los Angeles, CA 90067 | **10/3/2016** | **$90,000.00** | **Loan payment** |
| **Quigg Homes** 10100 Santa Monica Blvd, Ste 110, Los Angeles, CA 90067 | **10/5/2016** | **$307,788.54** | **Loan payment** |
| **Quigg Homes** 10100 Santa Monica Blvd, Ste 110, Los Angeles, CA 90067 | **10/7/2016** | **$10,000.00** | **Loan payment** |
| **Quigg Homes** 10100 Santa Monica Blvd, Ste 110, Los Angeles, CA 90067 | **10/7/2016** | **$10,000.00** | **Loan payment** |
| **Quigg Homes** 10100 Santa Monica Blvd, Ste 110, Los Angeles, CA 90067 | **10/11/2016** | **$51,000.00** | **Loan payment** |
| **Quigg Homes** 10100 Santa Monica Blvd, Ste 110, Los Angeles, CA 90067 | **10/17/2016** | **$50,000.00** | **Loan payment** |
| **Quigg Homes** 10100 Santa Monica Blvd, Ste 110, Los Angeles, CA 90067 | **11/1/2016** | **$66,000.00** | **Loan payment** |
| **Quigg Homes** 10100 Santa Monica Blvd, Ste 110, Los Angeles, CA 90067 | **11/29/2016** | **$80,000.00** | **Loan payment** |
| **Quigg Properties** 10100 Santa Monica Blvd, Ste 110, Los Angeles, CA 90067 | **11/18/2016** | **$20,000.00** | **Loan payment** |
| **Robert L. Truskett** 23122 Conde Drive, Valencia, CA 91354 | **9/22/2016** | **$11,142.12** | **Supplier/Vendor** |
| **RP Designs** 2828 Cochran Street #371, Simi Valley, CA 93065 | **9/22/2016** | **$9,225.00** | **Supplier/Vendor** |
| **RP Designs** 2828 Cochran Street #371, Simi Valley, CA 93065 | **10/25/2016** | **$1,035.00** | **Supplier/Vendor** |
| **RP Designs** 2828 Cochran Street #371, Simi Valley, CA 93065 | **10/25/2016** | **$10,501.00** | **Supplier/Vendor** |
| **Scott Mumford** 2876 Sharp Rd., Simi Valley, CA 93063 | **10/19/2016** | **$3,200.00** | **Supplier/Vendor** |
| **Scott Mumford** 2876 Sharp Rd., Simi Valley, CA 93063 | **10/25/2016** | **$16,160.00** | **Supplier/Vendor** |
| **SoCalGas** PO Box C, Monterey Park, CA 91756 | **9/23/2016** | **$153.30** | **Supplier/Vendor** |
| **SoCalGas** PO Box C, Monterey Park, CA 91756 | **10/21/2016** | **$174.90** | **Supplier/Vendor** |
| **SoCalGas** PO Box C, Monterey Park, CA 91756 | **11/18/2016** | **$153.07** | **Supplier/Vendor** |
| **Southern California  Gas Company** PO Box C, Monterey Park, CA 91756 | **9/19/2016** | **$6,382.48** | **Supplier/Vendor** |
| **SP Plus Corporation** 10100  Santa Monica Blvd. Ste. A-400, Los Angeles, CA 90067 | **10/4/2016** | **$236.00** | **Supplier/Vendor** |
| **State Plastering, Inc** 16501 Vasquez Canyon Rd, Canyon Country, CA 91351 | **10/5/2016** | **$6,448.00** | **Supplier/Vendor** |

Debtor    **QUIGG Builders, Inc.**                                              Case number *(if known)*  **2:16-bk-25786-ER**

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| **Valensi Rose Professional Law Corp.**<br>**1888 Century Park East, Ste 1100, Los Angeles, CA 90067** | **11/23/2016** | **$88,500.00** | **Bankruptcy retainer ($80,000 refunded on 11/29/2016)** |
| **Vista General Engineering**<br>**401 Exposition Blvd, Los Angeles, CA 90018** | **10/3/2016** | **$9,315.00** | **Supplier/Vendor** |
| **Vista General Engineering**<br>**401 Exposition Blvd, Los Angeles, CA 90018** | **10/13/2016** | **$1,035.00** | **Supplier/Vendor** |
| **Vista General Engineering**<br>**401 Exposition Blvd, Los Angeles, CA 90018** | **10/17/2016** | **$7,187.40** | **Supplier/Vendor** |
| **Vista General Engineering**<br>**401 Exposition Blvd, Los Angeles, CA 90018** | **10/25/2016** | **$6,787.40** | **Supplier/Vendor** |

4.  **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
    List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

    ☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| **Robert Quigg** | **02/24/2016** | **$40,944.48** | **Expense reimbursement** |

5.  **Repossessions, foreclosures, and returns**
    List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

    ☑ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6.  **Setoffs**
    List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

    ☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:**    Legal Actions or Assignments

7.  **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
    List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

    ☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| **Quigg Builders Inc. et al v. Mike Blank Plumbing Inc., et al, Case No. 614431** | **Breach of Contract re subcontractor agreement** | **Superior Court of California, County of Los Angeles, Central District Barry McNaughton, Ervin Cohen & Jessup, LLP** | **Pending settlement of claims** |

Debtor    **QUIGG Builders, Inc.**                                              Case number *(if known)*    **2:16-bk-25786-ER**

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| **Quigg Builders Inc. et al v. Possee Furniture, Inc., and related cross-claim, Case No. BC621742** | **Breach of Contract re subcontractor agreement** | **Superior Court of California, County of Los Angeles, Central District Barry McNaughton, Ervin Cohen & Jessup, LLP** | **Pending** |
| **Ferguson Enterprises v. Quigg Builders Inc. et al, Case No. 16K04121** | **Foreclosure of mechanic's lien** | **Superior Court of California, County of Los Angeles,** | **Pending** |
| **Ferguson Enterprises v. Quigg Builders Inc. et al, Case No. 16K04122** | **Foreclosure of mechanic's lien** | **Superior Court of California, County of Los Angeles,** | **Pending** |

**8. Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

---

**Part 4:    Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:    Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

**Part 6:    Certain Payments or Transfers**

11. **Payments related to bankruptcy**
   List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| Debtor | **QUIGG Builders, Inc.** | | Case number *(if known)* **2:16-bk-25786-ER** |

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Valensi Rose, PLC** **1888 Century Park East, Ste. 1100** **Los Angeles, CA 90067-1630** | **Amount of payment includes filing fee** | **11/28/2016** | **$8,500.00** |
| | Email or website address **dmr@vrmlaw.com** | | | |
| | Who made the payment, if not debtor? | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

| **Part 7:** | **Previous Locations** |

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| Address | Dates of occupancy From-To |
|---|---|
| **10100 SANTA MONICA BLVD, SUITE 1090** **LOS ANGELES, CA 90067** | |

| **Part 8:** | **Health Care Bankruptcies** |

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

| **Part 9:** | **Personally Identifiable Information** |

16. **Does the debtor collect and retain personally identifiable information of customers?**

☑ No.
☐ Yes. State the nature of the information collected and retained.

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                                    Best Case Bankruptcy

Debtor    **QUIGG Builders, Inc.**                                                    Case number *(if known)*  **2:16-bk-25786-ER**

---

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

---

**Part 10:**   **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

---

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

---

**Part 11:**   **Property the Debtor Holds or Controls That the Debtor Does Not Own**

---

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

---

**Part 12:**   **Details About Environment Information**

---

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

---

**22.    Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

☑    No.
☐    Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23.    Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑    No.
☐    Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24.    Has the debtor notified any governmental unit of any release of hazardous material?**

☑    No.
☐    Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

| **Part 13:** | **Details About the Debtor's Business or Connections to Any Business** |
|---|---|

**25.    Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑    None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. Dates business existed |
|---|---|---|

**26.    Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐    None

| Name and address | Date of service From-To |
|---|---|
| Sarah Biehn 2665 32nd St Apt A, Santa Monica, CA 90405 | 5/2016 - 11/2016 |
| Zheng Liu Address:  Unknown | 11/2015 - 11/2016 |
| Michelle Lee Address:  Unknown | 10/2015 - 3/2016 |
| William Sheperd 5300 Newcastle Ave Apt 66, Encino, CA 91316 | 9/2014 - 10/2015 |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐    None

**Windes, Inc.
18210 Von Karman Ave, Suite 1060
Irvine, CA 92612**

| Debtor | **QUIGG Builders, Inc.** | Case number *(if known)* | **2:16-bk-25786-ER** |
|---|---|---|---|

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☑ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

| Name and address |
|---|

### 27. Inventories

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **QUIGG Homes, LLC** | **10100 Santa Monica Blvd., Suite 110 Los Angeles, CA 90067** | **Shareholder/Member** | **100%** |
| **Robert Quigg** | **10100 Santa Monica Blvd., Suite 110 Los Angeles, CA 90067** | **President** | **0%** |

**29.** Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☑ No
☐ Yes. Identify below.

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☑ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

**31.** Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?

☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

| Debtor | **QUIGG Builders, Inc.** | Case number *(if known)* | **2:16-bk-25786-ER** |

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
| --- | --- |

**Part 14:**  Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **December 14, 2016**

**/S/ ROBERT QUIGG**
Signature of individual signing on behalf of the debtor

**Robert Quigg**
Printed name

Position or relationship to debtor    **President**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☑ No
☐ Yes

# United States Bankruptcy Court
## Central District of California

In re   **QUIGG Builders, Inc.**

Case No.   **2:16-bk-25786-ER**

Debtor(s)   Chapter   **7**

# STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, **Robert Quigg,** declare under penalty of perjury that I am the **President** of **QUIGG Builders, Inc.,** and that the following is a true and correct copy of the resolutions adopted by the Board of Directors of said corporation at a special meeting duly called and held on the 29th day of November, 2016.

"Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 7 of Title 11 of the United States Code;

Be It Therefore Resolved, that **Robert Quigg, President** of this limited liability company , is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **7** voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **Robert Quigg, President** of this limited liability company  is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **Robert Quigg, President** of this limited liability company is authorized and directed to employ **David M. Reeder,** attorney and the law firm of **Valensi Rose, PLC** to represent the corporation in such bankruptcy case."

Date   **December 14, 2016**

Signed   **/S/ ROBERT QUIGG**

**Robert Quigg**

Resolution of Board of Directors
of
**QUIGG Builders, Inc.**


Whereas, it is in the best interest of this limited liability company to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter **7** of Title 11 of the United States Code;

Be It Therefore Resolved, that **Robert Quigg, President** of this limited liability company, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **7** voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **Robert Quigg, President** of this limited liability company  is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **Robert Quigg, President** of this limited liability company is authorized and directed to employ **David M. Reeder**, attorney and the law firm of **Valensi Rose, PLC** to represent the corporation in such bankruptcy case.

Date  **December 14, 2016**                    Signed  **/S/ ROBERT QUIGG**
_____                   _____
                                                  **Robert Quigg**


Date  _____        Signed  _____

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Central District of California

In re   **QUIGG Builders, Inc.**

Case No.   **2:16-bk-25786-ER**

Debtor(s)

Chapter   **7**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 8,500.00 |
| Prior to the filing of this statement I have received | $ | 8,500.00 |
| Balance Due | $ | 0.00 |

2.  $ **335.00** of the filing fee has been paid.

3.  The source of the compensation paid to me was:

■Debtor      ☐ Other (specify):

4.  The source of compensation to be paid to me is:

☐ Debtor      ☐ Other (specify):   **No compensation to be paid.**

5.  ☐ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
c.  [Other provisions as needed]
    **1.  Preparing and filing a chapter 7 bankruptcy petition and the required schedules and statement of affairs in the United States Bankruptcy Court for the Central District of California.**
    **2.  Using the best efforts to have all related cases administered by a single trustee (Favorable results here are by no means guaranteed.).**
    **3.  Appearing with Debtor, at one meeting of creditors in Debtor's bankruptcy case.**
    **4.  Consulting with Debtor regarding the progress of its case.**
    **5.  Interacting with the trustee in Debtor's case.**
    **6.  Appearing at one Bankruptcy Rule 2004 examination in the case of Debtor or any of its related cases. That means that Valensi Rose, PLC will only appear at one Bankruptcy Rule 2004 examination, whether in this case, or in any of the related cases, as part of the fee stated above.**

7.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    **1.  Representing Debtor in any lawsuit, adversary proceeding, or contested matter in its bankruptcy case, or in any other court. Examples of the kind of actions which Valensi Rose, PLC's representation of Debtor for the above-referenced fee and does not include are:  a) actions for relief from the automatic stay; b) motions or complaints for turnover of property; c) motions to avoid liens; and d) motions to extend any time set by applicable law.**
    **2.  Representing Debtor in any appeal.**
    **3.  Representing Debtor in any administrative proceeding, or a proceeding before any regulatory or licensing agency, or filing any reports or disclosures before any securities exchange or regulatory agency.**
    **4.  Representing Debtor at any other examinations conducted pursuant to Federal Rule of Bankruptcy Procedure 2004 beyond what is stated in paragraph 6(c)(6) above.**
    **5.  Reviewing, compiling, or copying documents to be produced either pursuant to a request by the Trustee or pursuant to an order to appear at an examination under Federal Rule of Bankruptcy Procedure 2004 beyond the singe Bankruptcy Rule 2004 Examination explained above.**
    **6.  Supplying any legal services not specifically set out on this page.**

In re    **QUIGG Builders, Inc.**                                    Case No.    **2:16-bk-25786-ER**
_____
Debtor(s)

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)
### (Continuation Sheet)

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**December 14, 2016**                                      **/s/ David M. Reeder**
_____                    _____
_Date_                                                    **David M. Reeder**
                                                          _Signature of Attorney_
                                                          **Valensi Rose, PLC**
                                                          **1888 Century Park East, Ste. 1100**
                                                          **Los Angeles, CA 90067-1630**
                                                          **(310) 277-8011   Fax: (310) 277-1706**
                                                          **dmr@vrmlaw.com**
                                                          _____
                                                          _Name of law firm_

---